COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
WHITTY SOMVICHIAN (216083) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant LINKEDIN CORPORATION

SEAN P. REIS (184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

JAY EDELSON* (jedelson@edelson.com)
RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
CHRISTOPHER L. DORE* (cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

Attorneys for Plaintiff
KATIE SZPYRKA

* *Motion for admission pro hac vice to be filed*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KATIE SZPYRKA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>    Defendant. | Case No. 12-CV-3088 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (CIV. L.R. 6-1(a))**<br><br>Courtroom:  4, 5th Floor<br>Judge:    Hon. Edward J. Davila<br>Trial Date: None Set |

STIP. TO EXTEND TIME TO RESPOND TO COMPL.
CASE NO. 12-CV-3088-EJD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

This Stipulation is entered into by and among plaintiff Katie Szpyrka ("Plaintiff") and defendant LinkedIn Corporation ("LinkedIn") (Plaintiff and LinkedIn collectively the "Parties"), by and through their respective counsel.

WHEREAS Plaintiff filed a Complaint in the above-entitled action in the United States District Court for the Northern District of California on June 15, 2012;

WHEREAS a Waiver of the Service of Summons form, executed by LinkedIn's counsel, has been filed;

WHEREAS the current deadline for LinkedIn to answer, move, or otherwise respond to the Complaint is August 14, 2012 (60 days from the date on which Plaintiffs sent the request for waiver of service to LinkedIn);

WHEREAS, including this action, there are a total of four related actions that have been filed in the United States District Court for the Northern District of California (collectively the "Related Actions"), with this action being the first-filed and lowest-numbered action;

WHEREAS the three other Related Actions are captioned *Paraggua v. LinkedIn Corp.*, Case No. 12-CV-3430 EDL; *Shepherd v. LinkedIn Corp.*, Case No. 12-CV-3422 JSC; and *Veith v. LinkedIn Corp.*, Case No. 12-CV-3557 PSG;

WHEREAS, on July 16, 2012, on the docket in this action (Dkt. No. 12), the plaintiffs in the four Related Actions jointly filed a Motion to Consolidate and Appoint Interim Lead Class Counsel and Liaison Class Counsel (the "Motion to Consolidate"), in which all plaintiffs jointly moved the Court to consolidate the four Related Actions into the *Szpyrka* action before this Court (the Honorable Edward J. Davila), to grant leave to file a consolidated amended complaint, and to appoint interim lead class counsel and liaison class counsel;

WHEREAS LinkedIn supports consolidation of the Related Actions and the filing of a consolidated amended complaint;

WHEREAS, in light of the pendency of the Motion to Consolidate jointly filed by the plaintiffs in all four Related Actions and LinkedIn's support for consolidation, the Parties believe that the interests of efficiency and judicial and party economy are best served by not requiring LinkedIn to file a response to the complaint in each of the four Related Actions, and, instead, are

1  best served by waiting for the consolidated amended complaint to be filed before requiring
2  LinkedIn to file a response;

3　　　　　WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
4  court order, to extend the time within which to answer or otherwise respond to a complaint;

5　　　　　WHEREAS extending the date for LinkedIn to respond to the Complaint as set forth
6  below will not alter the date of any event or deadline already fixed by Court order;

7　　　　　NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

8　　　　　1.　　LinkedIn's deadline to answer, move, or otherwise respond to the Complaint in
9  this action—currently August 14, 2012—is stayed pending the Court's ruling on the plaintiffs'
10  Motion to Consolidate.

11　　　　　2.　　If the Motion to Consolidate is granted, LinkedIn will no longer have an obligation
12  to answer, move, or otherwise respond to the Complaint in this action, and instead must answer,
13  move, or otherwise respond to the consolidated amended complaint within 45 days after the
14  deadline for the plaintiffs in the Related Actions to file the consolidated amended complaint.

15　　　　　3.　　In the event that the Motion to Consolidate is denied, LinkedIn's deadline to
16  answer, move, or otherwise respond to the current operative Complaint in this action will be 45
17  days after the date on which the Court's order denying the Motion to Consolidate is filed.

18  **IT IS SO STIPULATED.**

Dated: July 20, 2012　　　　　　　　COOLEY LLP

By: /s/ Matthew D. Brown
　　　Matthew D. Brown (196972)

Attorneys for Defendant LINKEDIN CORP.

Dated: July 20, 2012　　　　　　　　EDELSON MCGUIRE LLP

By: /s/ Sean P. Reis
　　　Sean P. Reis (184044)

Attorneys for Plaintiff KATIE SZPYRKA

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO RESPOND TO COMPL.
CASE NO. 12-CV-3088-EJD
3.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 20, 2012                    /s/ Matthew D. Brown_____
                                        Matthew D. Brown

1278679/SF