SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

JAY EDELSON*
(jedelson@edelson.com)
RAFEY S. BALABANIAN*
(rbalabanian@edelson.com)
ARI J. SCHARG*
(ascharg@edelson.com)
CHRISTOPHER L. DORE*
(cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

*Motion for admission pro hac vice to be filed

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATIE SZPYRKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 12-cv-03088-EJD<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>JUDGE: THE HON. EDWARD J. DAVILA<br>DEPT: COURTROOM 4, 5TH FLOOR<br>DATE ACTION FILED: JUNE 15, 2012 |

Pursuant to Local Rule 3-12(b) for the U.S. District Court for the Northern District of California, Plaintiff Katie Szpyrka hereby moves for consideration of whether *Paraggua v. Linkedin Corp.*, Case No. 12-cv-03430-EDL, filed on June 29, 2012, *Shepherd v. Linkedin*

---

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 12-cv-03088-EJD

*Corp.*, Case No. 12-cv-03422-JSC, filed on June 29, 2012, and *Veith v. Linkedin Corp.*, Case No. 12-cv-03557-PSG, filed on July 6, 2012, are related to *Szpyrka v. Linkedin Corp.*, Case No. 12-cv-03088-EJD, filed on June 15, 2012.

These actions are related under Civil L.R. 3-12(a). They include the same people (i.e., the same class of consumers) and are against the same defendant (i.e., LinkedIn Corp.). In addition, all of the actions are brought as class actions arising from the same facts and circumstances—LinkedIn Corp.'s data breach (which was made public on or about June 6, 2012). It appears likely that there will be an unduly burdensome duplication of labor and expense and/or conflicting results if these cases are conducted before different judges. Thus, the assignment of a single judge is likely to promote an efficient determination of the actions and conserve judicial resources. (The Parties' Stipulation is attached hereto as Exhibit A.)

Dated: July 27, 2012           Respectfully submitted,

By: /s/ Sean Reis
One of Plaintiff Szpyrka's Attorneys

SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

JAY EDELSON*
(jedelson@edelson.com)
RAFEY S. BALABANIAN*
(rbalabanian@edelson.com)
ARI J. SCHARG*
(ascharg@edelson.com)
CHRISTOPHER L. DORE*
(cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

# CERTIFICATE OF SERVICE

I, Sean P. Reis, an attorney, hereby certify that on July 27, 2012, I served the above and foregoing *Administrative Motion to Relate Cases Pursuant to Civil Local Rule 3-12* by causing true and accurate copies of such documents to be electronically filed and transmitted to counsel of record in this case through the Court's CM/ECF electronic filing system, and as to all counsel of record in the proposed related cases, identified below, via electronic mail.

Dated: July 27, 2012                                EDELSON MCGUIRE LLP

                                                    /s/ Sean P. Reis

Laurence D. King                                    David C. Parisi
Kaplan Fox & Kilsheimer LLP                         Parisi & Havens LLP
350 Sansome Street, Suite 400                       15233 Valleyheart Drive
San Francisco, CA 94104                             Sherman Oaks, CA 91403
lking@kaplanfox.com                                 dcparisi@parisihavens.com

*Attorney for Scott Shepherd*                       *Attorney for Sam Veith*

Joseph J. Siprut                                    Dan Marovitch
Siprut PC                                           Marovitch Law Firm, LLC
122 S. Michigan Ave., Suite 1850                    233 S. Wacker Dr., 84th Floor
Chicago, Illinois 60603                             Chicago, Illinois 60606
jsiprut@siprut.com                                  dmarovitch@marovitchlaw.com

*Attorney for Candyce Paraggua*                     *Attorney for Candyce Paraggua*