1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   WHITTY SOMVICHIAN (216083) (wsomvichian@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
5
   Attorneys for Defendant LINKEDIN CORPORATION
6
   SEAN P. REIS (184044)
7  (sreis@edelson.com)
   EDELSON MCGUIRE LLP
8  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
9  Telephone: (949) 459-2124

10 JAY EDELSON* (jedelson@edelson.com)
   RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
11 ARI J. SCHARG* (ascharg@edelson.com)
   CHRISTOPHER L. DORE* (cdore@edelson.com)
12 EDELSON MCGUIRE LLC
   350 North LaSalle Street, Suite 1300
13 Chicago, Illinois 60654
   Telephone: (312) 589-6370
14 Fax: (312) 589-6378

15 Attorneys for Plaintiff
   KATIE SZPYRKA
16
   *Admitted pro hac vice
17

18
                    UNITED STATES DISTRICT COURT
19                NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
20

21 KATIE SZPYRKA, individually and on      Case No. 12-CV-3088 EJD
   behalf of all others similarly situated,
22                                          **STIPULATION TO EXTEND TIME TO
                    Plaintiff,              RESPOND TO COMPLAINT**
23                                          **(CIV. L.R. 6-1(a))**
            v.
24                                          Courtroom:    4, 5th Floor
   LINKEDIN CORPORATION, a Delaware         Judge:        Hon. Edward J. Davila
   Corporation,                             Trial Date:   None Set
25
                    Defendant.
26

27

28

1         This Stipulation is entered into by and among plaintiff Katie Szpyrka ("Plaintiff") and

2     defendant LinkedIn Corporation ("LinkedIn") (Plaintiff and LinkedIn collectively the "Parties"),

3     by and through their respective counsel.

4         WHEREAS Plaintiff filed a Complaint in the above-entitled action in the United States

5     District Court for the Northern District of California on June 15, 2012;

6         WHEREAS a Waiver of the Service of Summons form, executed by LinkedIn's counsel,

7     has been filed;

8         WHEREAS the current deadline for LinkedIn to answer, move, or otherwise respond to

9     the Complaint is August 14, 2012 (60 days from the date on which Plaintiffs sent the request for

10    waiver of service to LinkedIn);

11        WHEREAS, by Clerks' Notice, the initial Case Management Conference in this action is

12    currently set for August 24, 2012;

13        WHEREAS the Parties, in a separate filing, have jointly requested that the Court

14    reschedule the initial Case Management Conference from August 24, 2012 to August 31, 2012;

15        WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a

16    court order, to extend the time within which to answer or otherwise respond to a complaint;

17        WHEREAS extending the date for LinkedIn to respond to the Complaint as set forth

18    below will not alter the date of any event or deadline already fixed by Court order;

19        NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

20        LinkedIn's deadline to answer, move, or otherwise respond to the Complaint in this

21    action—currently August 14, 2012—is extended to 45 days after the date of the forthcoming

22    initial Case Management Conference.

23        **IT IS SO STIPULATED.**

24

25

26

27

28

Cooley LLP
Attorneys At Law
San Francisco

Stip. to Extend Time to Respond to Compl.
(Case No. 12-CV-3088-EJD)

2.

1   Dated:  August 13, 2012                COOLEY LLP

2                                          By: /s/ Matthew D. Brown

3                                              Matthew D. Brown (196972)

4                                          Attorneys for Defendant LINKEDIN CORP.

5

6   Dated:  August 13, 2012                EDELSON MCGUIRE LLC

7                                          By: /s/ Ari J. Scharg

8                                              Ari J. Scharg

9                                          Attorneys for Plaintiff KATIE SZPYRKA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

2

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the

3

filing of this document has been obtained from each of the other signatories.

4

5

Dated:  August 13, 2012                        /s/ Matthew D. Brown_____

6                                                                    Matthew D. Brown

7

8       1052048/HN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO RESPOND TO COMPL.
(CASE NO. 12-CV-3088-EJD)
4.