COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
WHITTY SOMVICHIAN (216083) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant LINKEDIN CORPORATION

SEAN P. REIS (184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

JAY EDELSON* (jedelson@edelson.com)
RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
CHRISTOPHER L. DORE* (cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

Attorneys for Plaintiff
KATIE SZPYRKA

*Admitted pro hac vice

GRANTED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| KATIE SZPYRKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No. 12-CV-3088 EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(CIV. L.R. 6-1(a))**<br><br>Courtroom:   4, 5th Floor<br>Judge:   Hon. Edward J. Davila<br>Trial Date:   None Set |

1   This Stipulation is entered into by and among plaintiff Katie Szpyrka ("Plaintiff") and
2   defendant LinkedIn Corporation ("LinkedIn") (Plaintiff and LinkedIn collectively the "Parties"),
3   by and through their respective counsel.
4   WHEREAS Plaintiff filed a Complaint in the above-entitled action in the United States
5   District Court for the Northern District of California on June 15, 2012;
6   WHEREAS a Waiver of the Service of Summons form, executed by LinkedIn's counsel,
7   has been filed;
8   WHEREAS the current deadline for LinkedIn to answer, move, or otherwise respond to
9   the Complaint is August 14, 2012 (60 days from the date on which Plaintiffs sent the request for
10  waiver of service to LinkedIn);
11  WHEREAS, by Clerks' Notice, the initial Case Management Conference in this action is
12  currently set for August 24, 2012;
13  WHEREAS the Parties, in a separate filing, have jointly requested that the Court
14  reschedule the initial Case Management Conference from August 24, 2012 to August 31, 2012;
15  WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a
16  court order, to extend the time within which to answer or otherwise respond to a complaint;
17  WHEREAS extending the date for LinkedIn to respond to the Complaint as set forth
18  below will not alter the date of any event or deadline already fixed by Court order;
19  NOW, THEREFORE, the Parties hereby stipulate and agree as follows:
20  LinkedIn's deadline to answer, move, or otherwise respond to the Complaint in this
21  action—currently August 14, 2012—is extended to 45 days after the date of the forthcoming
22  initial Case Management Conference.
23  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: August 13, 2012 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Matthew D. Brown<br>     Matthew D. Brown (196972) |
| 4 | | Attorneys for Defendant LINKEDIN CORP. |
| 5 | | |
| 6 | Dated: August 13, 2012 | EDELSON MCGUIRE LLC |
| 7 | | By: /s/ Ari J. Scharg<br>     Ari J. Scharg |
| 8 | | |
| 9 | | Attorneys for Plaintiff KATIE SZPYRKA |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 13, 2012       /s/ Matthew D. Brown
                              Matthew D. Brown

1052048/HN

Cooley LLP
Attorneys At Law
San Francisco

Stip. to Extend Time to Respond to Compl.
(Case No. 12-CV-3088-EJD)

4.