**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | CASE NO. 5:12-cv-03088 EJD<br><br>**ORDER RE: UPDATED JOINT CASE MANAGEMENT STATEMENT** |
| _____ / | |

In light of the order granting consolidation and appointment interim lead class counsel, the parties shall file an updated Joint Case Management Statement **on or before September 13, 2012**, which includes, inter alia, a proposed schedule for the consolidated action.

**IT IS SO ORDERED.**

Dated: August 30, 2012

_____
EDWARD J. DAVILA
United States District Judge