Case5:12-cv-03088-EJD Document44 Filed09/14/12 Page1 of 4

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
WHITTY SOMVICHIAN (216083) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant LINKEDIN CORPORATION

SEAN P. REIS (184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

JAY EDELSON* (jedelson@edelson.com)
RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
CHRISTOPHER L. DORE* (cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

Attorneys for Plaintiffs

**Admitted pro hac vice*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward J. Davila
9/14/2012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE LINKEDIN USER PRIVACY LITIGATION

Case No. 12-CV-3088 EJD

**STIPULATION SETTING DATE TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Courtroom: 4, 5th Floor
Judge: Hon. Edward J. Davila
Trial Date: None Set

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. SETTING DATE TO RESPOND TO CONSOL. AMEND. COMPL.
(CASE NO. 12-CV-3088-EJD)

1.

Case5:12-cv-03088-EJD Document44 Filed09/14/12 Page2 of 4

This Stipulation is entered into by and among plaintiffs Katie Szpyrka, Candyce Paraggua, Scott Shepherd, and Sam Veith (collectively "Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn") (Plaintiffs and LinkedIn collectively the "Parties"), by and through their respective counsel.

WHEREAS in *Szpyrka v. LinkedIn Corp.*, Case No. 12-CV-3088 EJD, which is the first-filed action and lead case, plaintiff Szpyrka filed a Complaint in the United States District Court for the Northern District of California on June 15, 2012;

WHEREAS a Waiver of the Service of Summons form in the *Szpyrka* action, executed by LinkedIn's counsel, has been filed;

WHEREAS the previous deadline for LinkedIn to answer, move, or otherwise respond to the Complaint in the *Szpyrka* action was August 14, 2012 (60 days from the date on which plaintiff Szpyrka sent the request for waiver of service to LinkedIn);

WHEREAS a Case Management Conference in the *Szpyrka* action was scheduled to occur on August 31, 2012 (Dkt. No. 36);

WHEREAS plaintiff Szpyrka and LinkedIn filed a Stipulation to Extend Time to Respond to Complaint on August 13, 2012 (Dkt. No. 35) pursuant to which LinkedIn's deadline to answer, move, or otherwise respond to the Complaint in the *Szpryka* action was extended to 45 days after the date of the initial Case Management Conference in the *Szpyrka* action;

WHEREAS the Plaintiffs in four related actions in this district (*Szpyrka v. LinkedIn Corp.*; *Shepherd v. LinkedIn Corp.*; *Paraggua v. LinkedIn Corp.*; and *Veith v. LinkedIn Corp.*) jointly filed a Motion to Consolidate and Motion to Appoint Interim Lead Class Counsel and Liaison Class Counsel on July 16, 2012 ("Motion to Consolidate"), seeking, among other things, to (1) consolidate the four actions for all purposes; and (2) grant plaintiffs leave to file a consolidated amended complaint (Dkt. No. 12);

WHEREAS this Court issued an Order dated August 29, 2012 (Dkt. No. 40) that vacated the Case Management Conference that was previously set for August 31, 2012, and, among other things, (1) granted Plaintiffs' Motion to Consolidate the four related actions in this district,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. SETTING DATE TO RESPOND TO CONSOL. AMEND. COMPL.
(CASE NO. 12-CV-3088-EJD)

2.

Case5:12-cv-03088-EJD Document44 Filed09/14/12 Page3 of 4

(2) designated the *Szpyrka* action as the lead action, and (3) ordered the filing of a consolidated amended class action complaint on or before September 19, 2012;

WHEREAS the Parties have agreed that LinkedIn's deadline to answer, move, or otherwise respond to the consolidated amended class action complaint will be 45 days after Plaintiffs' deadline to file their consolidated amended class action complaint;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS this stipulation will not alter the date of any event or deadline already fixed by court order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

LinkedIn's deadline to answer, move, or otherwise respond to the consolidated amended class action complaint in this action will be November 5, 2012 (which is 45 days after the deadline for Plaintiffs to file their consolidated amended class action complaint, extended to the next court day).

**IT IS SO STIPULATED.**

Dated: September 13, 2012

COOLEY LLP

By: /s/ Matthew D. Brown
Matthew D. Brown (196972)

Attorneys for Defendant LINKEDIN CORP.

Dated: September 13, 2012

EDELSON MCGUIRE LLC

By: /s/ Ari J. Scharg
Ari J. Scharg

Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**STIP. SETTING DATE TO RESPOND TO CONSOL. AMEND. COMPL.
(CASE NO. 12-CV-3088-EJD)**

3.

Case5:12-cv-03088-EJD Document44 Filed09/14/12 Page4 of 4

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 13, 2012

/s/ Matthew D. Brown
Matthew D. Brown

1059777 v1/HN

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. SETTING DATE TO RESPOND TO CONSOL. AMEND. COMPL.
(CASE NO. 12-CV-3088-EJD)

4.