1  COOLEY LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  MATTHEW D. BROWN (196972) (brownmd@cooley.com)
   WHITTY SOMVICHIAN (216083) (wsomvichian@cooley.com)
3  101 California Street, 5th Floor
   San Francisco, CA  94111-5800
4  Telephone:     (415) 693-2000
   Facsimile:     (415) 693-2222
5
   Attorneys for Defendant LINKEDIN CORPORATION
6
   SEAN P. REIS (184044)
7  (sreis@edelson.com)
   EDELSON MCGUIRE LLP
8  30021 Tomas Street, Suite 300
   Rancho Santa Margarita, California 92688
9  Telephone: (949) 459-2124

10 JAY EDELSON* (jedelson@edelson.com)
   RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
11 ARI J. SCHARG* (ascharg@edelson.com)
   CHRISTOPHER L. DORE* (cdore@edelson.com)
12 EDELSON MCGUIRE LLC
   350 North LaSalle Street, Suite 1300
13 Chicago, Illinois 60654
   Telephone: (312) 589-6370
14 Fax: (312) 589-6378

15 Attorneys for Plaintiffs

16 *Admitted pro hac vice

17

IT IS SO ORDERED

Judge Edward J. Davila

9/14/2012

18               UNITED STATES DISTRICT COURT
19               NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION

20 IN RE LINKEDIN USER PRIVACY          Case No. 12-CV-3088 EJD
   LITIGATION
21                                      **STIPULATION SETTING DATE TO
                                        RESPOND TO CONSOLIDATED AMENDED
22                                      CLASS ACTION COMPLAINT**

23                                      Courtroom:    4, 5th Floor
                                        Judge:        Hon. Edward J. Davila
24                                      Trial Date:   None Set

25

26

27

28

1    This Stipulation is entered into by and among plaintiffs Katie Szpyrka, Candyce Paraggua,

2  Scott Shepherd, and Sam Veith (collectively "Plaintiffs") and Defendant LinkedIn Corporation

3  ("LinkedIn") (Plaintiffs and LinkedIn collectively the "Parties"), by and through their respective

4  counsel.

5    WHEREAS in *Szpyrka v. LinkedIn Corp.*, Case No. 12-CV-3088 EJD, which is the first-

6  filed action and lead case, plaintiff Szpyrka filed a Complaint in the United States District Court

7  for the Northern District of California on June 15, 2012;

8    WHEREAS a Waiver of the Service of Summons form in the *Szpyrka* action, executed by

9  LinkedIn's counsel, has been filed;

10    WHEREAS the previous deadline for LinkedIn to answer, move, or otherwise respond to

11  the Complaint in the *Szpyrka* action was August 14, 2012 (60 days from the date on which

12  plaintiff Szpyrka sent the request for waiver of service to LinkedIn);

13    WHEREAS a Case Management Conference in the *Szpyrka* action was scheduled to occur

14  on August 31, 2012 (Dkt. No. 36);

15    WHEREAS plaintiff Szpyrka and LinkedIn filed a Stipulation to Extend Time to Respond

16  to Complaint on August 13, 2012 (Dkt. No. 35) pursuant to which LinkedIn's deadline to answer,

17  move, or otherwise respond to the Complaint in the *Szpryka* action was extended to 45 days after

18  the date of the initial Case Management Conference in the *Szpyrka* action;

19    WHEREAS the Plaintiffs in four related actions in this district (*Szpyrka v. LinkedIn Corp.*;

20  *Shepherd v. LinkedIn Corp.*; *Paraggua v. LinkedIn Corp.*; and *Veith v. LinkedIn Corp.*) jointly

21  filed a Motion to Consolidate and Motion to Appoint Interim Lead Class Counsel and Liaison

22  Class Counsel on July 16, 2012 ("Motion to Consolidate"), seeking, among other things, to (1)

23  consolidate the four actions for all purposes; and (2) grant plaintiffs leave to file a consolidated

24  amended complaint (Dkt. No. 12);

25    WHEREAS this Court issued an Order dated August 29, 2012 (Dkt. No. 40) that vacated

26  the Case Management Conference that was previously set for August 31, 2012, and, among other

27  things, (1) granted Plaintiffs' Motion to Consolidate the four related actions in this district,

28

(2) designated the *Szpyrka* action as the lead action, and (3) ordered the filing of a consolidated amended class action complaint on or before September 19, 2012;

WHEREAS the Parties have agreed that LinkedIn's deadline to answer, move, or otherwise respond to the consolidated amended class action complaint will be 45 days after Plaintiffs' deadline to file their consolidated amended class action complaint;

WHEREAS under Civil Local Rule 6-1(a), parties may stipulate in writing, without a court order, to extend the time within which to answer or otherwise respond to a complaint;

WHEREAS this stipulation will not alter the date of any event or deadline already fixed by court order;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

LinkedIn's deadline to answer, move, or otherwise respond to the consolidated amended class action complaint in this action will be November 5, 2012 (which is 45 days after the deadline for Plaintiffs to file their consolidated amended class action complaint, extended to the next court day).

**IT IS SO STIPULATED.**

Dated: September 13, 2012            COOLEY LLP

                                     By: /s/ Matthew D. Brown
                                        Matthew D. Brown (196972)

                                     Attorneys for Defendant LINKEDIN CORP.


Dated: September 13, 2012            EDELSON MCGUIRE LLC

                                     By: /s/ Ari J. Scharg
                                        Ari J. Scharg

                                     Attorneys for Plaintiffs

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.


Dated:  September 13, 2012                    /s/ Matthew D. Brown_____
                                              Matthew D. Brown


1059777 v1/HN

Cooley LLP
Attorneys At Law
San Francisco

Stip. Setting Date to Respond to Consol. Amend. Compl.
(Case No. 12-CV-3088-EJD)

4.