JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370

LAURENCE D. KING (SBN 206423)
(lking@kaplanfox.com)
LINDA M. FONG (SBN 124232)
(lfong@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Tel: (415) 772-4700

[Additional counsel appear on the signature page]

*Counsel for Plaintiffs and the Putative Class and Subclass*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-cv-03088-EJD<br><br>**PLAINTIFFS' NOTICE OF FILING OF FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>[Hon. Edward J. Davila] |

TO:     See attached certificate of service.

        **PLEASE TAKE NOTICE THAT** on November 26, 2012, Plaintiffs Katie Szpyrka and

Khalilah Wright (collectively, "Plaintiffs") caused their ***First Amended Consolidated Class***

***Action Complaint*** to be filed with the Clerk of the Court via the Court's CM/ECF filing system,

and state as follows:

1.     On July 16, 2012, Plaintiffs Katie Szpyrka, Candyce Paraggua, Scott Shepherd, and Sam Veith moved this Court for an order consolidating their individual lawsuits into a single action. (Dkt. No. 12.) Thereafter, on August 29, 2012, the Court granted Plaintiff's motion, consolidated the above-referenced matters, and ordered Plaintiffs to file a consolidated class action complaint. (Dkt. No. 40.) Plaintiffs Szpyrka and Shepherd filed their Consolidated Class Action Complaint on September 19, 2012. (Dkt. No. 49.)

2.     On November 5, 2012, Defendant LinkedIn Corporation ("Defendant") moved to dismiss the Consolidated Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). (Dkt. No. 51.)

3.     Plaintiffs thereafter filed the instant First Amended Consolidated Class Action Complaint pursuant to Rule 15(a)(1)(B), which provides that a party may amend its pleading once as a matter of course within twenty-one days after service of a motion under Rule 12(b). *See In re Sunrise Sr. Living, Inc. Derivative Litig.*, 550 F. Supp. 2d 1, 4 (D.D.C. 2008) (concluding "that the consolidation of separate complaints does not constitute an amendment of the individually filed complaints," and that because "the defendants had not yet filed responsive pleadings to the plaintiffs' initial consolidated complaint, the plaintiffs [were], as a matter of right, entitled to amend their consolidated complaint."); *see also In re AMBAC Fin. Group, Inc., Derivative Litig.*, No. 08 CIV 854(SHS), 2008 WL 5262428 (S.D.N.Y. Dec. 11, 2008) (same).

4.     Plaintiffs' First Amended Consolidated Class Action Complaint was filed on November 26, 2012—within twenty-one days of the filing of Defendant's Rule 12(b) motion to dismiss—and thus complies with Rule 15(a)(1)(B).

Respectfully submitted,

Dated: November 26, 2012

**KATIE SZPYRKA and KHALILAH WRIGHT**, individually and on behalf of all others similarly situated,

By:  /s/ Ari J. Scharg
              One of Plaintiffs' Attorneys

SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Tel: (949) 459-2124

JAY EDELSON (Admitted *Pro Hac Vice*)*
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
*Interim Lead Counsel for Plaintiffs and the Putative Class and Subclass

LAURENCE D. KING (SBN 206423)**
(lking@kaplanfox.com)
LINDA M. FONG  (SBN 124232)
(lfong@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
**Liaison Counsel for Plaintiffs and the Putative Class and Subclass

**Additional Counsel for Plaintiffs and the Putative Class and Subclass:**

JOSEPH J. SIPRUT
(jsiprut@siprut.com)
SIPRUT PC
122 South Michigan Avenue, Suite 1850
Chicago, Illinois 60603
Tel: (312) 588-1440

DAVID C. PARISI
(dcparisi@parisihavens.com)
PARISI & HAVENS LLP
15233 Valleyheart Drive

Sherman Oaks, California 91403
Tel: (818) 990-1299

DAN MAROVITCH
(dmarovitch@marovitchlaw.com)
MAROVITCH LAW FIRM, LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Tel: (312) 533-1605

## CERTIFICATE OF SERVICE

I, Ari J. Scharg, an attorney, certify that on November 26, 2012, I served the above and foregoing *Notice of Filing of First Amended Consolidated Class Action Complaint* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Ari J. Scharg