COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
RITESH SRIVASTAVA (246477) (rsrivastava@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant LinkedIn Corporation

JAY EDELSON* (jedelson@edelson.com)
RAFEY S. BALABANIAN* (rbalabanian@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
CHRISTOPHER L. DORE* (cdore@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone:    (312) 589-6370
Facsimile:     (312) 589-6378

Attorneys for Plaintiffs

*Admitted pro hac vice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-CV-3088 EJD<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE AND PAGE LIMITS FOR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; [PROPOSED] ORDER**<br><br>Courtroom: 4 (5th Floor)<br>Judge:     Hon. Edward J. Davila<br>Trial Date: TBD |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIP. REQ. TO MODIFY BRIEFING SCHEDULE
FOR MOT. TO DISMISS COMPL.
(CASE NO. 12-CV-3088 EJD)

This Stipulation is entered into by and among plaintiffs Katie Szpyrka and Khalilah Wright (collectively "Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn") (Plaintiffs and LinkedIn collectively, the "Parties"), by and through their respective counsel.

## RECITALS

1. Plaintiffs Katie Szpyrka and Scott Shepherd filed a Consolidated Class Action Complaint on September 19, 2012 (Dkt. No. 49).

2. LinkedIn filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint on November 5, 2012 (Dkt. No. 51).

3. In response to this Motion to Dismiss, Plaintiff Katie Szpyrka and new Plaintiff Khalila Wright filed a First Amended Consolidated Class Action Complaint ("Complaint") on November 26, 2012 (Dkt No. 54). Scott Shepherd is no longer a named plaintiff in the new Complaint.

4. LinkedIn intends to file a motion to dismiss the new Complaint. Under Federal Rule of Civil Procedure 15(a)(3), absent an extension, LinkedIn would have only 14 days plus three days based on method of service, i.e., until December 13, 2012, to prepare and file its new motion to dismiss (or answer or other response). Pursuant to Civil Local Rule 7-3, absent an extension, the deadline for Plaintiffs to file their opposition to this motion to dismiss would be December 27, 2012 and the deadline for LinkedIn to file its reply in support of its motion to dismiss would be January 3, 2013.

5. LinkedIn's earlier Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 51) noticed the hearing for that motion for February 8, 2013. This Court's Courtroom Deputy has confirmed that LinkedIn may notice its new motion to dismiss using that same February 8, 2013 hearing date.

6. Counsel for Plaintiffs and counsel for LinkedIn have conferred. In light of the new operative Complaint, the hearing date that is over two months away (February 8, 2013), the upcoming holidays, and the conflict with the holidays that the default briefing schedule would entail, Plaintiffs and LinkedIn have agreed to a modified briefing schedule. The Parties believe

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIP. REQ. TO MODIFY BRIEFING SCHEDULE
FOR MOT. TO DISMISS COMPL.
(CASE NO. 12-CV-3088 EJD)

that this modest extension of the schedule also is likely to result in more useful briefing for the Court.

7. In light of the nine causes of action alleged in the Complaint and the arguments LinkedIn is likely to make concerning subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim for each of the nine causes of action under Rule 12(b)(6), the Parties believe that a modest enlargement of the page limits beyond those provided by Civil Local Rule 7-2 and 7-3 would ensure that the Court receives the most useful and complete briefing possible.

8. This requested time modification will have no effect on the schedule for this case.

### STIPULATION

NOW, THEREFORE, the Parties hereby stipulate and agree as follows, subject to approval of the Court:

1. LinkedIn's deadline to file its motion to dismiss the Complaint (or answer or other response) is December 20, 2012, which motion shall not exceed 30 pages.

2. Plaintiffs' deadline to file their opposition to LinkedIn's motion to dismiss is January 18, 2013, which opposition shall not exceed 30 pages.

3. LinkedIn's deadline to file its reply in support of its Motion to Dismiss is January 30, 2013, which opposition shall not exceed 18 pages.

The Parties respectfully request that the Court enter an order adopting these modifications.

Dated: December 3, 2012        COOLEY LLP

                               By: /s/ Matthew D. Brown
                                   Matthew D. Brown (196972)

                               Attorneys for Defendant LinkedIn Corporation

Dated: December 3, 2012        EDELSON MCGUIRE LLC

                               By: /s/ Ari J. Scharg
                                   Ari J. Scharg

                               Attorneys for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIP. REQ. TO MODIFY BRIEFING SCHEDULE
FOR MOT. TO DISMISS COMPL.
(CASE NO. 12-CV-3088 EJD)

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December __, 2012

_____
Hon. Edward J. Davila
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIP. REQ. TO MODIFY BRIEFING SCHEDULE
FOR MOT. TO DISMISS COMPL.
(CASE NO. 12-CV-3088 EJD)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  December 3, 2012          /s/ Matthew D. Brown
                                  Matthew D. Brown

1073237/HN