JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370

LAURENCE D. KING (SBN 206423)
(lking@kaplanfox.com)
LINDA M. FONG (SBN 124232)
(lfong@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Tel: (415) 772-4700

*Counsel for Plaintiffs and the Putative Class and Subclass*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-cv-03088-EJD<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; [PROPOSED] ORDER**<br><br>Judge: Hon. Edward J. Davila<br><br>Action Filed: June 15, 2012 |

STIPULATED REQUEST TO EXTEND TIME TO FILE
PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

CASE NO. 12-cv-03088-EJD

This Stipulation is entered into by and among Plaintiffs Katie Szpyrka and Khalilah Wright (collectively, "Plaintiffs") and Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel.

WHEREAS, on December 20, 2012, LinkedIn filed its Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint. (Dkt. No. 59.)

WHEREAS, pursuant to the December 4, 2012 Order Granting the Parties' Stipulated Request to Modify Briefing Schedule and Page Limits for Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint, Plaintiffs' deadline to file their Response in Opposition to LinkedIn's Motion to Dismiss was January 18, 2013. (Dkt. No. 58.)

WHEREAS, on January 18, 2013 at 10:50 p.m. (PST), Plaintiffs' counsel attempted to timely file Plaintiffs' Response in Opposition to LinkedIn's Motion to Dismiss. (Declaration of Ari J. Scharg ["Scharg Decl."], attached hereto as Exhibit 1, at ¶ 2.) Unfortunately, the Court's CM/ECF electronic filing system was down for maintenance, and, as such, Plaintiffs' counsel was unable to file Plaintiffs' opposition brief with the Court at that time. (*Id.*) According to the Court's website, the CM/ECF electronic filing system would remain offline through January 21, 2013. (*Id.*)

WHEREAS, on January 18, 2013 at approximately 11:00 p.m. (PST), upon learning that the Court's CM/ECF electronic filing system was down, Plaintiffs' counsel decided that the proper course, so as to maintain the current briefing schedule and avoid any prejudice that would result from a delayed filing, was to serve Plaintiffs' Response in Opposition to LinkedIn's Motion to Dismiss on LinkedIn's counsel via electronic mail, with the assurance that Plaintiffs' counsel would get the brief on file as soon as the Court's CM/ECF electronic filing system was back up and running. (*Id.* at ¶ 3.) (A true and accurate copy of Plaintiffs' Response in Opposition to LinkedIn's Motion to Dismiss is attached hereto as Exhibit 2).

WHEREAS, in light of these facts, Plaintiffs' counsel conferred with counsel for LinkedIn, and the Parties stipulate and agree, subject to Court approval, to extend Plaintiffs' deadline to file their Response in Opposition to LinkedIn's Motion to Dismiss up to and including January 22,

2013. (Scharg Decl. at ¶ 4.)

WHEREAS, the requested extension will not affect any pending deadlines or hearings. (*Id.* at ¶ 5.)

WHEREAS, this Stipulation is not brought for purposes of delay and, given that Plaintiffs' counsel served LinkedIn with their opposition brief on January 18, 2013 via electronic mail, the requested relief will not prejudice LinkedIn. (*Id.* at ¶ 6.)

NOW THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court approval:

(1) Plaintiffs' deadline to file their Response in Opposition to LinkedIn's Motion to Dismiss (which is attached hereto as Exhibit 2) is extended up to and including January 22, 2013.

EDELSON MCGUIRE, LLC

Dated: January 22, 2013    By: /s/ Ari J. Scharg
*Attorneys for Plaintiffs Katie Szpyrka and Khalilah Wright*

COOLEY LLP

Dated: January 22, 2013    By: /s/ Matthew D. Brown
*Attorneys for Defendant LinkedIn Corp.*

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiffs' deadline to file their Response in Opposition to LinkedIn's Motion to Dismiss is extended up to and including January 22, 2013.

Dated: January ____, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Ari J. Scharg, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 22, 2013                                             /s/ Ari J. Scharg

## CERTIFICATE OF SERVICE

    I, Ari J. Scharg, an attorney, certify that on January 22, 2013, I served the above and foregoing ***Stipulated Request to Extend Time to File Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Consolidated Class Action Complaint; [Proposed] Order*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                            /s/ Ari J. Scharg