MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: michelle.kane3@usdoj.gov

Attorneys for Proposed Intervenor, United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | No. 12-cv-03088 EJD<br><br>UNITED STATES' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL.<br><br>Date: April 26, 2013<br>Time: 9:00 a.m.<br>Courtroom: Hon. Edward J. Davila |

     Pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, the United States hereby brings this administrative motion for an order to seal the following:

     1. United States' Notice of Motion and Motion to Intervene and for a Temporary Stay of Discovery; Memorandum of Points and Authorities;

     2. Declaration of Michelle J. Kane, in support thereof.

In short, the above documents contain a discussion of sensitive law enforcement information. The United States has established good cause to permit filing these documents under seal through the Declaration of Michelle J. Kane in Support of United States' Administrative Motion to File

1 | Documents Under Seal, filed herewith. Pursuant to General Order No. 62, the entire filing has
2 | been lodged with the Court for in camera review and served on all parties.
3 | DATED: January 29, 2013  Respectfully submitted,
4 | MELINDA HAAG
United States Attorney

6 | /s/

7 | _____
MICHELLE J. KANE
Assistant United States Attorney