UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | No. 12-cv-03088 EJD <br><br> [PROPOSED] ORDER. |

Upon the Administrative Motion of the United States to File Documents Under Seal pursuant to Civil L.R. 7-11 and 79-5, and General Order No. 62, the Declaration of Michelle J. Kane, and good cause appearing, IT IS HEREBY ORDERED that the United States' Motion to Intervene and Stay Discovery and Memorandum of Points and Authorities, the Declaration of Michelle J. Kane in Support of the Motion to Intervene, and the Declaration of Michelle J. Kane in Support of the Administrative Motion to File Documents Under Seal be kept under seal.

IT IS FURTHER ORDERED that nothing in the Court's Order shall prevent the United States Attorney's Office from obtaining copies of any of these documents under seal.

SO ORDERED.

Dated: February 5, 2013

EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER
12-cv-03088 EJD