IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | CASE NO. 5:12-cv-03088 EJD<br><br>**ORDER DIRECTING CLERK TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>[Docket Item No(s). 70] |

Due to a filing error, the court instructs the Clerk of the Court to remove the order entered as Docket Item No. 70. A complete order will be filed by the court forthwith.

**IT IS SO ORDERED.**

Dated: March 6, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-03088 EJD
ORDER DIRECTING CLERK TO REMOVE INCORRECTLY FILED DOCUMENT