MICHAEL G. RHODES (SBN 116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (SBN 196972) (brownmd@cooley.com)
BENJAMIN H. KLEINE (SBN 257225) (bkleine@cooley.com)
KATHLYN A. QUERUBIN (SBN 275085) (kquerubin@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant LinkedIn Corporation

JAY EDELSON (Admitted *Pro Hac Vice*) (jedelson@edelson.com)
RAFEY S. BALABANIAN (Admitted *Pro Hac Vice*) (rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*) (ascharg@edelson.com)
CHRISTOPHER L. DORE (Admitted *Pro Hac Vice*) (cdore@edelson.com)
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone:    (312) 589-6370

LAURENCE D. KING (SBN 206423) (lking@kaplanfox.com)
LINDA M. FONG (SBN 124232) (lfong@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:    (415) 772-4700

Attorneys for Plaintiff and Putative Class

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-cv-03088-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND RELATED BRIEFING**<br><br>Judge:  Hon. Edward J. Davila<br><br>Action Filed:  June 15, 2012 |

Plaintiff Khalilah Wright ("Plaintiff") and Defendant LinkedIn Corporation ("Defendant" or "LinkedIn") (collectively, the "Parties"), by and through their undersigned counsel, respectfully stipulate and agree to a brief extension of deadlines for LinkedIn's motion to dismiss Plaintiff's Second Amended Consolidated Class Action Complaint, Plaintiff's opposition to the motion, and LinkedIn's reply in support of the motion.  In support of this Stipulation, the Parties state as follows:

WHEREAS, on December 20, 2012, LinkedIn filed its Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint (Dkt. 59), which this Court granted on March 6, 2013 (Dkt. 72);

WHEREAS, pursuant to this Court's March 6, 2013 Order Granting Defendant's Motion to Dismiss, Plaintiffs were granted leave until April 5, 2013 to amend their Complaint (Dkt. 72);

WHEREAS, on April 3, 2013, the Parties stipulated to an extension of time for Plaintiffs to file the Second Amended Consolidated Class Action Complaint ("SAC"), to a deadline for LinkedIn to answer, move against, or otherwise respond to the SAC, and to a briefing schedule for any motion challenging the SAC, subject to Court approval to the extent required under applicable rules (Dkt. 75), and the Court so ordered the stipulated requests (Dkt. 77);

WHEREAS, under Civil Local Rules 6-1(b) and 6-2 the Court may extend the time for a party to complete any required act, and Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to a complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, a number of scheduling conflicts have arisen for several of LinkedIn's inside counsel and outside counsel since the Parties' April 3rd stipulation regarding scheduling that warrant a brief extension of the current schedule, and Plaintiff is agreeable to such an extension;

WHEREAS, such an extension will not alter any scheduled hearing date;

1  WHEREAS, the Parties have conferred and agree to stipulate under Civil Local Rule 6-1(a)
2  to extend LinkedIn's time within which to respond to the SAC and, anticipating that LinkedIn will
3  move to dismiss the SAC, to stipulate under Civil Local Rules 6-1(b) and 6-2 to set dates for
4  Plaintiff's opposition and LinkedIn's reply;

5  NOW THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court
6  approval as required for provision (2):

7  (1) LinkedIn's deadline to answer, move against, or otherwise respond to the SAC shall
8  be June 13, 2013.
9  (2) If LinkedIn elects to respond to the SAC by filing a motion, then Plaintiff's deadline
10  to file an opposition shall be July 25, 2013, and LinkedIn's deadline to file a reply
11  shall be August 22, 2013.

EDELSON LLC

Dated: May 29, 2013            By: /s/ Ari J. Scharg
                                   *Attorneys for Plaintiffs*

COOLEY LLP

Dated: May 29, 2013            By: /s/ Matthew D. Brown
                                   *Attorneys for Defendant LinkedIn Corporation*

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 Dated: May __30__, 2013

                                                             HONORABLE EDWARD J. DAVILA
                                                             UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: May 29, 2013                   /s/ Matthew D. Brown

1320325 v1/SF