# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| | Case No. 12-cv-03088-EJD |
| IN RE LINKEDIN USER PRIVACY LITIGATION | **[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE *INSTANTER* A NOTICE OF RECENT DECISIONS** |
| | Judge: Honorable Edward J. Davila |
| | Action Filed: June 15, 2012 |

Pending before the Court is Plaintiff's Unopposed Administrative Motion for Leave to File *Instanter* a Notice of Recent Decisions, as well as Plaintiff's proposed Notice of Recent Decisions. The Court having reviewed the papers filed in support of the Motion, and good cause appearing therein, Plaintiff's Motion is hereby GRANTED and it is hereby ORDERED, ADJUDGED, and DECREED that:

    1.    Plaintiff's Motion for Leave to File *Instanter* a Notice of Recent Decisions is hereby GRANTED.

    2.    Plaintiff's Notice of Recent Decisions is hereby ENTERED.

**IT IS SO ORDERED.**

Dated this ___5th___ day of ___February, 2014

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE