1   Mark Eisen (SBN - 289009)
    meisen@edelson.com
2   EDELSON PC
    555 West Fifth Street, 31st Floor
3   Los Angeles, California 90013
    Tel: 213.533.4100
4   Fax: 213.947.4251

5   Jay Edelson (Admitted *Pro Hac Vice*)
    jedelson@edelson.com
6   Rafey S. Balabanian (Admitted *Pro Hac Vice*)
    rbalabanian@edelson.com
7   Ari J. Scharg (Admitted *Pro Hac Vice*)
    ascharg@edelson.com
8   Christopher L. Dore (Admitted *Pro Hac Vice*)
    cdore@edelson.com
9   J. Dominick Larry (Admitted *Pro Hac Vice*)
    nlarry@edelson.com
10  EDELSON PC
    350 North LaSalle Street, Suite 1300
11  Chicago, Illinois 60654
    Tel: 312.589.6370
12  Fax: 312.589.6378

13  *Attorneys for Plaintiffs and the Putative Class*

14
                    **IN THE UNITED STATES DISTRICT COURT**
15                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
16

17                                          │ Case No. 12-cv-03088-EJD

18                                          │
    IN RE LINKEDIN USER PRIVACY             │ **NOTICE OF CHANGE IN COUNSEL**
19  LITIGATION                              │

20                                          │ Judge: Hon. Edward J. Davila
                                            │ Action Filed: June 15, 2012
21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean P. Reis, formerly an attorney with Edelson PC, is no longer associated with Edelson PC and hereby withdraws as counsel of record for Plaintiffs and the putative class. Mark S. Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Sean P. Reis as local counsel of record for Plaintiffs. Attorneys Jay Edelson, Rafey S. Balabanian, Ari J. Scharg, Christopher L. Dore, J. Dominick Larry, and Mark S. Eisen continue to represent Plaintiffs and the putative class in this action.

Respectfully submitted,

Dated: February 25, 2014          By:     s/ Sean P. Reis

Dated: February 25, 2014          By:     s/ Mark S. Eisen

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson (Admitted *Pro Hac Vice*)
jedelson@edelson.com
Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Ari J. Scharg (Admitted *Pro Hac Vice*)
ascharg@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark S. Eisen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.


Dated: February 25, 2014                    By:    s/ Mark S. Eisen
                                                    Mark S. Eisen