IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KATIE SZPYRKA, | CASE NO. 5:12-cv-03088-EJD |
|---|---|
| Plaintiff(s), | **ORDER REFERRING ACTION TO ADR PROCESS** |
| v. | |
| LINKEDIN CORP., | |
| Defendant(s). | |

The above-entitled action is hereby referred to the following ADR process:

**Court Processes:**

    ☐ Non-binding Arbitration (ADR L.R. 4)

    ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

    ☐ Mediation (ADR L.R. 6)

    ☐ Magistrate Judge Settlement Conference (ADR L.R. 7)
*The parties are ordered to contact the chambers of Magistrate Judge to arrange a date for the conference.*

**Private Process:**

    ☒ Private ADR (Private Mediation)

The ADR session shall be completed by:

    ☒ The presumptive deadline
*The deadline is 90 days from the date of this order.*

    ☐ Other deadline:

**IT IS SO ORDERED.**

Dated: April 15, 2014

                                          EDWARD J. DAVILA
                                          United States District Judge