JAY EDELSON (Admitted *Pro Hac Vice*)
(jedelson@edelson.com)
RAFEY S. BALABANIAN
(Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
ARI J. SCHARG (Admitted *Pro Hac Vice*)
(ascharg@edelson.com)
CHRISTOPHER L. DORE
(Admitted *Pro Hac Vice*)
(cdore@edelson.com)
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone:   (312) 589-6370

LAURENCE D. KING (SBN 206423)
(lking@kaplanfox.com)
LINDA M. FONG (SBN 124232)
(lfong@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone:   (415) 772-4700

Attorneys for Plaintiff and Putative Class

MICHAEL G. RHODES (SBN 116127)
(rhodesmg@cooley.com)
MATTHEW D. BROWN (SBN 196972)
(brownmd@cooley.com)
BENJAMIN H. KLEINE (SBN 257225)
(bkleine@cooley.com)
KATHLYN A. QUERUBIN (SBN 275085)
(kquerubin@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-CV-3088 EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:   4 (5th Floor)<br>Judge:   Hon. Edward J. Davila<br>Trial Date:   None Set |

Pursuant to Civil Local Rule 6-2, plaintiff Khalilah Wright ("Plaintiff") and defendant LinkedIn Corporation ("LinkedIn," and collectively with Plaintiff, the "Parties"), by and through their respective counsel, respectfully stipulate and agree, subject to Court approval, to continue the Case Management Conference currently on calendar for July 18, 2014 to August 8, 2014.  In support of this Stipulation, the Parties state as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CMC
(CASE NO. 12-CV-3088-EJD)
1.

1. A Case Management Conference is currently scheduled for July 18, 2014 at 10:00 a.m.

2. The Parties agree that a continuance of the Case Management Conference until August 8, 2014 will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources.

3. The Parties seek this continuance in good faith and not for the purposes of delay.

NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, as follows, subject to Court approval:

A. The July 18, 2014 Case Management Conference shall be taken off calendar, and rescheduled for August 8, 2014 at 10:00 a.m., or another date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: July 11, 2014                COOLEY LLP

By: /s/ Matthew D. Brown
    Matthew D. Brown

Attorneys for Defendant LinkedIn Corporation


Dated: July 11, 2014                EDELSON PC

By: /s/ Ari J. Scharg
    Ari J. Scharg

Attorneys for Plaintiff and Putative Class


**[PROPOSED] ORDER**

The July 18, 2014 Case Management Conference is taken off calendar and rescheduled for August 8, 2014 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July ___, 2014               _____
                                    HONORABLE EDWARD J. DAVILA
                                    UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CMC
(CASE NO. 12-CV-3088-EJD)
2.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: July 11, 2014        /s/ Matthew D. Brown
                            Matthew D. Brown

108793924