IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | CASE NO. 5:12-cv-03088 EJD<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>[Docket Item No(s). 116] |

_____/

The Motion for Reconsideration filed July 25, 2014 (Docket Item No. 116), which the court has construed as a motion for leave to file such motion, is DENIED. See Civ. L. R. 7-9(b).

**IT IS SO ORDERED.**

Dated: July 28, 2014

_____
EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE LINKEDIN PRIVACY LITIGATION  /

Case Number: CV12-03088 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Banks 05711-068
Ohio Department of Rehabilitation and
Correction
2440 Hubbard Road
Youngstown, OH 44505

Dated: July 28, 2014

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk