1  JAY EDELSON (Admitted *Pro Hac Vice*)
   (jedelson@edelson.com)
2  RAFEY S. BALABANIAN
   (Admitted *Pro Hac Vice*)
3  (rbalabanian@edelson.com)
   ARI J. SCHARG (Admitted *Pro Hac Vice*)
4  (ascharg@edelson.com)
   CHRISTOPHER L. DORE
5  (Admitted *Pro Hac Vice*)
   (cdore@edelson.com)
6  EDELSON PC
   350 North LaSalle, Suite 1300
7  Chicago, Illinois 60654
   Telephone:     (312) 589-6370
8
   LAURENCE D. KING (SBN 206423)
9  (lking@kaplanfox.com)
   LINDA M. FONG (SBN 124232)
10 (lfong@kaplanfox.com)
   KAPLAN FOX & KILSHEIMER LLP
11 350 Sansome Street, Suite 400
   San Francisco, California 94104
12 Telephone:     (415) 772-4700

13 Attorneys for Plaintiff and Putative Class

   MICHAEL G. RHODES (SBN 116127)
   (rhodesmg@cooley.com)
   MATTHEW D. BROWN (SBN 196972)
   (brownmd@cooley.com)
   BENJAMIN H. KLEINE (SBN 257225)
   (bkleine@cooley.com)
   KATHLYN A. QUERUBIN (SBN 275085)
   (kquerubin@cooley.com)
   COOLEY LLP
   101 California Street, 5th Floor
   San Francisco, California  94111-5800
   Telephone:     (415) 693-2000
   Facsimile:     (415) 693-2222

   Attorneys for Defendant LinkedIn Corporation

14                   UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17 IN RE LINKEDIN USER PRIVACY          Case No. 12-CV-3088 EJD
18 LITIGATION
                                        **STIPULATED REQUEST AND [PROPOSED]**
19                                      **ORDER TO TAKE CASE MANAGEMENT**
                                        **CONFERENCE OFF CALENDAR**
20
                                        Courtroom:   4 (5th Floor)
21                                      Judge:       Hon. Edward J. Davila
                                        Trial Date:  None Set
22

23         Pursuant to Civil Local Rule 6-2, plaintiff Khalilah Wright ("Plaintiff") and defendant

24 LinkedIn Corporation ("LinkedIn," and collectively with Plaintiff, the "Parties"), by and through

25 their respective counsel, make this stipulated request to take the Case Management Conference

26 currently on calendar for August 29, 2014 off the Court's calendar.  In support of this Stipulation,

27 the Parties state as follows:

28

**STIPULATED REQUEST AND [PROPOSED] ORDER TO TAKE CMC OFF CALENDAR
(CASE NO. 12-CV-3088-EJD)**

1.     A Case Management Conference is currently scheduled for August 29, 2014 at 10:00 a.m.

2.     On August 15, 2014, Plaintiff moved for preliminary approval of a class action settlement reached by the Parties.  (Dkt. No. 122.)  Plaintiff's motion is scheduled to be heard by this Court on January 16, 2015, at 9:00 a.m., the earliest hearing date that was available at the time of filing.  In a separate filing, the Parties will be asking the Court to accelerate the hearing date on the preliminary approval hearing to an earlier date.

3.     Because the Parties have reached a settlement and moved for preliminary approval of the settlement, the Parties agree that taking the Case Management Conference off the Court's calendar will permit more efficient case management, will serve the interests of judicial economy, and will conserve Party and Court resources.

4.     The Parties seek to take the Case Management Conference off the Court's calendar in good faith and not for the purposes of delay.

NOW, THEREFORE, the Parties hereby make this stipulated request, subject to Court approval:

A.  The August 29, 2014, 10:00 a.m. Case Management Conference shall be taken off calendar.

**IT IS SO STIPULATED.**

Dated:  August 22, 2014                COOLEY LLP

                                       By:  /s/ Matthew D. Brown
                                            Matthew D. Brown

                                       Attorneys for Defendant LinkedIn Corporation


Dated:  August 22, 2014                EDELSON PC

                                       By:  /s/ Ari J. Scharg
                                            Ari J. Scharg

                                       Attorneys for Plaintiff and Putative Class

Cooley LLP
Attorneys At Law
San Francisco

Stipulated Request and [Proposed] Order to Take CMC Off Calendar
(Case No. 12-CV-3088-EJD)
2.

1

2

**[PROPOSED] ORDER**

3

The August 29, 2014, 10:00 a.m. Case Management Conference is taken off calendar.

4

**IT IS SO ORDERED.**

5

Dated: _____, 2014          _____

6

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)</u>

2          Pursuant to Civil Local Rule 5-1(i)(3), I, Matthew D. Brown, attest that concurrence in the

3    filing of this document has been obtained from each of the other signatories.

4

5    Dated:  August 22, 2014                         /s/ Matthew D. Brown
                                                      Matthew D. Brown
6

7

8    109864519

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Request and [Proposed] Order to Take CMC Off Calendar
(Case No. 12-CV-3088-EJD)