1  Mark S. Eisen – SBN 289009
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Jay Edelson (Admitted *Pro Hac Vice*)
   jedelson@edelson.com
6  Ari J. Scharg (Admitted *Pro Hac Vice*)
   ascharg@edelson.com
7  J. Dominick Larry (Admitted *Pro Hac Vice*)
   nlarry@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Counsel for Plaintiff and the Putative Class*

**DENIED**
*Judge Edward J. Davila*
Dated: 8/25/2014

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | No. 12-cv-03088-EJD <br><br> **PARTIES' STIPULATED REQUEST TO ACCELERATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL** <br><br> Judge: Hon. Edward J. Davila |

STIPULATED REQUEST AND [PROPOSED] ORDER TO ACCELERATE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

Case No. 12-cv-03088-EJD

**PARTIES' STIPULATED REQUEST TO ACCELERATE
HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL**

Pursuant to Civil Local Rule 6-2, this Stipulation is entered into by the Parties, Plaintiff Khalilah Wright ("Plaintiff") and Defendant LinkedIn Corporation ("LinkedIn"), by and through their undersigned counsel.

WHEREAS, Plaintiff's Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement (the "Motion") was filed on August 15, 2014. (Dkt. No. 122.)

WHEREAS, the Hearing date for the Motion is set for January 16, 2015 at 9:00 am. (Dkt. No. 122.)

WHEREAS, LinkedIn does not oppose the relief sought within the Motion, including the time frame and notice procedures therein. (Declaration of Ari J. Scharg ["Scharg Decl."], attached hereto as Exhibit 1, at ¶ 4.)

WHEREAS, accelerating the Hearing Date would allow for Notice to be provided to the class at an earlier time. (Scharg Decl. at ¶ 5.)

WHEREAS, accelerating the Hearing Date would also accelerate the date on which the Class will obtain relief. (*Id*.)

WHEREAS, accelerating the Hearing date will not affect any other pending deadlines or hearings. (Scharg Decl. at ¶ 9.)

WHEREAS, accelerating the Hearing date of the Motion would reduce the burden of ongoing litigation upon both the Parties and this Court by bringing the litigation to a quicker resolution. (Scharg Decl. at ¶¶ 6, 7.)

WHEREAS, in light of these facts, Plaintiff's counsel conferred with counsel for LinkedIn, and the parties stipulate and agree, subject to Court approval, to accelerate the Hearing Date for Plaintiff's Motion and Memorandum in Support of Preliminary Approval to a date of the Court's choosing from the following list of the Court's available calendar dates: October 10, 2014; October 31, 2014; November 14, 2014; or November 21, 2014. (Scharg Decl. at ¶ 3.)

NOW THEREFORE, the Parties hereby stipulate and agree as follows, subject to Court approval:

1     (1)    The Hearing date for Plaintiff's Motion and Memorandum in Support of Preliminary Approval shall be accelerated to a date of the Court's choosing from the following list of the Court's available calendar dates: October 10, 2014; October 31, 2014; November 14, 2014; or November 21, 2014.

                                Respectfully submitted,

                                **EDELSON PC**

Dated: August 22, 2014                By: /s/ Ari J. Scharg
                                            *Attorneys for Plaintiff and Putative Class*

                                **COOLEY LLP**

Dated: August 22, 2014                By: /s/ Matthew D. Brown
                                              *Attorneys for Defendant LinkedIn Corporation*

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3      The Hearing Date for Plaintiff's Motion and Memorandum in Support of Preliminary

4 Approval shall be accelerated to _____

**DENIED**
*/s/ Edward J. Davila*
Judge Edward J. Davila

6 Dated: August __25__, 2014

7                                       HONORABLE EDWARD J. DAVILA
                                      UNITED STATES DISTRICT JUDGE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Ari J. Scharg, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 22, 2014                                          /s/ Ari J. Scharg_____

STIPULATED REQUEST AND [PROPOSED] ORDER TO ACCELERATE HEARING ON PLAINTIFF'S MOT. FOR PRELIM. APPROVAL          4          Case No. 12-cv-03088-EJD

## CERTIFICATE OF SERVICE

    I, Ari J. Scharg, an attorney, certify that on August 22, 2014, I served the above and foregoing ***Parties' Stipulated Request to Accelerate Hearing on Plaintiff's Motion for Preliminary Approval; [Proposed] Order*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                           /s/ Ari J. Scharg