February 20, 2015

Regarding: Class Action Clerk United States District Court for the Northern District of California Robert F. Peckham Federal Building, 280 South 1st Street San Jose, CA 95113

To Who It May Concern,

I am writing to you to object to the settlement offered in LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD/.

As a Global Sales Professional, in Technology for 20+ years and LinkedIn member since December 8, 2005, I trusted LinkedIn to protect me and keep their promises. As such, I began purchasing LinkedIn Premium Service based on this trust and the promises in the LinkedIn's User Agreement and Privacy Policy. To learn that they did not protect my personal information or my passwords is highly concerning and irresponsible and unlawful. As a $33B company LinkedIn doesn't seem to be taking this seriously and I am insulted by the $50 settlement as the token of their remorse.

Please work with my "Class Representation" on your counter settlement.

Sincerely,

Tom Lasken

28362 Harvest View Lane

Portola Hills, CA 92679

(949) 400-4969