In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

Class Action Clerk - Northern District of California
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Please accept this letter as my objection to the proposed settlement between LinkedIn and the plaintiffs (In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD)

My objection centers on the adequacy of the settlement, finding it nearly laughable. LinkedIn and the company's malfeasance put the plaintiffs – me included – at great risk. The proposed settlement does not come close to fairly compensating the plaintiffs for those actions. Further, the compensation awarded plaintiff counsel is excessive compared to similar settlements. Finally, the opt-in nature of the settlement is intended to limit compensation to those entitled.

I am representing myself in this matter. I do not plan to appear at the Final Approval Hearing

Mark Firmani
306 Fairview Avenue North
Seattle, WA  98109