Judge Edward J. Davila
Robert F. Peckham Federal Building
280 South 1st Street
San Jose, CA 95113

Edelson, PC and Kaplan Fox & Kilsheimer LLP
Class Counsel
LinkedIn User Privacy Litigation
Case No. 12-cv-03088-EJD

Dear Sir/Madam:

I have been informed that my Privacy Rights may have been violated by LinkedIn - your Case No. 12-cv-03088-EJD.

I am the Founder & CEO of PopuTrust (www.poputrust.com) which offers Data Privacy and Data Security Services. As an established Data Privacy Expert – I am particularly sensitive to Data Security Topics and is an avid user of LinkedIN.com in the day-to-day aspects of my business. I have been hired as a result of using LinkedIN and hired candidates in my own business sourced from LinkedIN.com. In addition to personal/professional use, Clients hire me and provide me the authority to use/purchase LinkedIN services on their behalf. See: http://www.linkedin.com/ericmelin which has over 40 Professional Recommendations and over 2000 professional contacts.

I was/am a Member of "LinkedIN Premium" Since November 19 2010 - as evidenced here in Exhibit A.

I paid for "Premium" services with expectations data uploaded/imported/viewed would be kept strictly confidential and was certainly influenced by the various claims of privacy made by LinkedIN on its website and marketing materials.

We have learned that the Court will hold a hearing to determine the fairness of the settlement at 9:00 a.m. on June 18, 2015 at the Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113 in Courtroom 4, 5th Floor before Judge Edward J. Davila. We understand that the Court will consider whether to approve the settlement and a request by Class Counsel for attorneys' fees of up to one-third (1/3) of the Settlement Fund and an award for the Class Representative of up to $7,500. Settlement Class Members who were influenced by LinkedIn's statements about its security when they signed up for LinkedIn premium subscriptions can submit a valid claim by May 2, 2015 to receive a payment of up to $50 from a $1,250,000 Settlement Fund, after payment of the costs of administering the settlement, the attorneys' fee award, and any incentive award to the plaintiff. If there is still money left in the Settlement Fund after all of the foregoing payments are made, the money will be donated to appropriate non-profit organizations.

Clients regularly hire me to assure that their Data on LinkedIN.com is kept secure, I do not feel that $50 adequately represent my damages. Current costs only for a Premium Subscription can be $1,199.40/yr x 5 years = $5,997. I can document over $20,000 in professional services that were directly linked to activities on LinkedIN.com. I request the Court consider the settlement be paid to the Class Members on the basis of impact and damages – and at a minimum assure that no one Class Legal Council is allocated an amount greater than one of the Class Members effected.

Further, I believe that one-third (1/3) of the total $1,250,000 Settlement Fund is excessive for the Attorneys' Fee - and requests that the Court consider another method of determining pro-rata payouts - such as billable hours spent to assure that Funds are available to the effected parties.

Additionally, I request a list of Non-Profit Organizations and the method by which determination/selection is made should the Settlement Fund have a balance remaining.

Sincerely,

Eric Melin
(617) 500-3458   ericmelin@gmail.com
20 Portsmouth Ave, Box 425, Stratham, NH 03885 USA

**Eric Melin**

**From:** Eric Melin <ericmelin@gmail.com>
**Sent:** Friday, February 20, 2015 2:48 PM
**To:** Eric Melin
**Subject:** Fwd: Welcome to your LinkedIn Premium Account!

---------- Forwarded message ----------
From: LinkedIn <PremiumAccounts@linkedin.com>
Date: Fri, Nov 19, 2010 at 6:07 AM
Subject: Welcome to your LinkedIn Premium Account!
To: Eric Melin <ericmelin@gmail.com>

LinkedIn Premium

Dear Eric,

## Welcome to LinkedIn Premium

Finding & contacting the right people just got easier

Learn how to start using your Premium features »

**Reach decision makers**

Reach out directly to anyone on LinkedIn with InMail messages.
More about InMail »

**Organize your contacts**

Manage contacts with Profile Organizer and see who's viewed your profile.
Try Profile Organizer »

**Find the right people, faster**

Find exactly who you're looking for in half the time with premium filters.
Start searching »

Don't want to receive email notifications? Adjust your message settings. LinkedIn values your privacy. At no time has LinkedIn made your email address available to any other LinkedIn user without your permission.

© 2010, LinkedIn Corporation

--
Eric Melin
www.ericmelin.com
(617) 500-3458

1

**Eric Melin**

| | |
|---|---|
| From: | LinkedIn Class Action Settlement <linkedin@e.linkedin.com> |
| Sent: | Friday, February 20, 2015 1:40 PM |
| To: | ericmelin@gmail.com |
| Subject: | LEGAL NOTICE OF CLASS ACTION SETTLEMENT |

IF YOU PAID A FEE TO LINKEDIN FOR A PREMIUM SUBSCRIPTION BETWEEN MARCH 15, 2006 AND JUNE 7, 2012, A CLASS ACTION SETTLEMENT MAY AFFECT YOUR RIGHTS

## NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT

A proposed class action settlement has been reached in a lawsuit against LinkedIn, which operates a professional networking service (website at www.linkedin.com), related to its protection of user information.

You are receiving this notice because you have been identified as being a possible Settlement Class Member. Your legal rights may be affected whether you act or don't act. Please read this notice carefully. Visit www.LinkedInClassActionSettlement.com to read the longer form of notice and the settlement agreement.

### What is the Lawsuit About?
This lawsuit, filed in the U.S. District Court for the Northern District of California, claims that LinkedIn did not use industry-standard protections as it stated it would in its User Agreement and Privacy Policy to keep passwords and personal information of users of its premium services secure. The lawsuit seeks damages for violation of California's unfair competition law.

LinkedIn denies that it engaged in any wrongdoing or violated any law, and the Court has not determined who is right. Rather, the parties have agreed to settle the lawsuit.

### Who is a Settlement Class Member?
You are a Settlement Class Member if you live in the United States and paid a fee to LinkedIn for a premium subscription at any time between March 15, 2006 and June 7, 2012.

### What Do I Get From the Settlement?
Settlement Class Members who were influenced by LinkedIn's statements about its security when they signed up for LinkedIn premium subscriptions can submit a valid claim by May 2, 2015 to receive a payment of up to $50 from a $1,250,000 Settlement Fund, after payment of the costs of administering the settlement, the attorneys' fee award, and any incentive award to the plaintiff. The amount of any payment to Settlement Class Members depends upon the number of valid claims

1