April 12, 2015

RECEIVED

2015 APR 17  P 2: 36

Dear Sir or Madam:

The purpose of this letter is to declare that I am opposed to the proposed **In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**. Companies that do not take reasonable action to protect the security and privacy of their customers need to be held accountable to a degree that incentivizes them, and others, to take these issues seriously.

This settlement is asking the class members to accept some amount and we do not even know what the final amount well be. Many class members will assume it will be $50. Would they object if they knew it might be $10 or $20? I suggest they would object. The amount of the settlement for each person in the "class" should be a specific amount. I'm opposed to the Class Counsel being paid 1/3 of the Settlement Fund if the amount for each class member is not a fixed amount. Otherwise, in my opinion, the court appointed attorneys should also have to agree to receive a variable amount equal to the percentage of the $50 that the class members would receive. Even if the amount is the full $50, I do not want the attorneys to settle this case. I want this case to go to court so that LinkedIn has to address the issues in the public eye.

Regards,

*Ronald C. Haire*

Ronald C. Haire

Ronald C. Haire
121 Narrows Creek Dr.
Birmingham, AL 35242
205-980-8757