# Exhibit 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-cv-03088-EJD<br><br>**DECLARATION OF STEFANIE C. GARDELLA RE: NOTICE PROCEDURES** |

I, **STEFANIE C. GARDELLA**, declare:

1.      I am a Senior Managing Consultant at KCC Class Action Services LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      The purpose of this declaration is to provide the Parties and the Court with a summary and the results of the work performed by KCC related to the Notice Procedures for the *LinkedIn User Privacy Litigation* settlement following the Preliminary Approval.

3.      KCC was retained to, among other tasks, execute the CAFA notice, establish a settlement website to post the Class Notice and other relevant Court Documents and allow claimants to file a Claim Form online, and to establish an Interactive Voice Response ("IVR") system.  Copies of the Class Notice and Claim Form are attached hereto as Exhibits A and B respectively.

4.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: (original) Class Action Complaint (Szpyrka), Class Action Complaint (Paraggua, 12-cv-3430), Class Action Complaint (Shepherd, 12-cv-

3422), Class Action Complaint (Veith, 12-cv-3557), Consolidated Class Action Complaint, Defendant LinkedIn Corporation's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, First Amended Consolidated Class Action Complaint, Defendant LinkedIn Corporation's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint, Second Amended Consolidated Class Action Complaint, Exhibit A to Second Amended Consolidated Class Action Complaint (Declaration of Dr. Serge Egelman in Support of Plaintiff's Second Amended Consolidated Class Action Complaint [with accompanying Exhibits]), Defendant LinkedIn Corporation's Motion to Dismiss Plaintiff's Second Amended Consolidated Class Action Complaint, Defendant LinkedIn Corporation's Answer to Second Amended Consolidated Class Action Complaint, Plaintiff's Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement, [Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement and Approving Notice Plan, (proposed) Claim Form, (proposed) Email Notice, (proposed) Website Notice, Class Action Settlement Agreement, and a cover letter from Cooley LLP (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit C.

5.     On August 22, 2014, KCC caused fifty-five (55) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Novato, California to the parties listed on Exhibit D, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, and parties of interest to this Action.

6.     As of the date of this declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 5 above.

7.     On February 18, 2015, I caused an IVR system to be established (877-790-2130) to provide information about the settlement and to record requests for the Notice and Claim Form ("Notice Packet").

8.     On February 18, 2015, I caused a website to be established (www.LinkedInClassActionSettlement.com) to provide information about the settlement and to allow Class Members to download copies of the Notice and electronically file Claim Forms. On March 31, 2015, I caused the Plaintiffs' Notice of Motion and Motion for Reasonable Attorneys' Fees, Expenses, and Incentive Award to be posted on the settlement website.

Declaration of Stefanie C. Gardella Re: Notice Procedures

9.      As of the date of this declaration, 521 calls have been received by the IVR.  Of these callers, 140 requested a Notice Packet.  All Notice Packet requests have been fulfilled.

10.     As of the date of this declaration, the settlement website has received 118,195 hits from 102,573 visitors.

11.     As of the date of this declaration, KCC has received 57 timely Requests for Exclusion and two (2) late Requests for Exclusion.  A list of the individuals requesting exclusion and copies of the exclusion requests are attached hereto as Exhibit E.

12.     As of the date of this declaration, 47,336 valid Claim Forms have been filed by Class Members.  Claimants who submitted deficient Claim Forms without an Email Address or with an Email Address that does not match a LinkedIn premium account will be given an opportunity to correct their Claim Form.

13.     The total costs of the settlement administration will not exceed $140,000.00.


I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 13th day of May, 2015 at Novato, California.

Stefanie C. Gardella

Declaration of Stefanie C. Gardella Re: Notice Procedures

# EXHIBIT A

<span style="font-variant: small-caps">United States District Court for the Northern District of California</span>

# If you paid a fee to LinkedIn for a premium subscription at any time between March 15, 2006 and June 7, 2012, a class action settlement may affect your rights.

*A Federal Court authorized this Notice. You are not being sued. This is not a solicitation from a lawyer.*

- A settlement has been reached in a class action lawsuit against LinkedIn, which operates a professional networking service (website at www.linkedin.com). The class action lawsuit involves claims that LinkedIn did not adequately protect the passwords and personal information of the users of its premium services.

- You are included if you are an individual or entity in the United States who paid a fee to LinkedIn for a premium subscription at any time between March 15, 2006 and June 7, 2012.

- If you are included in the settlement and can attest that you were influenced by LinkedIn's statements in its User Agreement or Privacy Policy about its security when you signed up for a LinkedIn premium subscription, you are eligible to submit a claim for up to $50 from a $1,250,000 Settlement Fund, after payment of the costs of administering the settlement and any award of reasonable attorneys' fees and expenses and plaintiff's incentive award approved by the Court.

- Please read this Notice carefully. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to receive a payment. | Deadline: May 2, 2015 |
| **EXCLUDE YOURSELF** | You will receive no payment, but you will retain any rights you currently have to sue LinkedIn about the claims in this case. | Deadline: April 13, 2015 |
| **OBJECT** | Write to the Court explaining why you don't like the settlement. | Deadline: April 13, 2015 |
| **ATTEND A HEARING** | Ask to speak in Court about the fairness of the Settlement. | Deadline: April 13, 2015 |
| **DO NOTHING** | You won't get a share of the settlement benefits and will give up your rights to sue the LinkedIn about the claims in this case. | N/A |

These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

The Court in charge of this case still has to decide whether to approve the settlement. Payments will be provided only after any issues with the settlement are resolved. Please be patient.

## Basic Information

### 1. Why was this Notice issued?

A Court authorized this Notice to let you know about a proposed settlement with LinkedIn Corporation. You have legal rights and options that you may act on before the Court decides whether to approve the proposed settlement. This Notice explains the lawsuit, the settlement, and your legal rights.

Judge Edward J. Davila of the U.S. District Court for the Northern District of California is overseeing this class action. The case is known as *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD. The person who sued is called the "Plaintiff." The company they sued, LinkedIn Corporation, is called the "Defendant."

### 2. What is a class action lawsuit?

In a class action, one or more people called "Class Representatives" sue on behalf of a group of people who have similar claims. Together, these people are called a "Class" or "Class Members." In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves from the Class. After the parties reached an agreement to settle this case, the Court recognized it as a case that should be treated as a class action for settlement purposes.

## THE CLAIMS IN THE LAWSUIT AND THE SETTLEMENT

### 3. What is this lawsuit about?

The lawsuit alleges that LinkedIn, which operates a professional networking service (website at www.linkedin.com), did not use industry-standard security, which Plaintiff alleges was promised in LinkedIn's User Agreement and Privacy Policy, to keep the passwords and personal information of users of its premium services secure. The lawsuit seeks damages for violation of California's unfair competition law. LinkedIn denies Plaintiff's claims of wrongdoing or liability against it, and asserts that its conduct in no way violated its User Agreement or Privacy Policy and was wholly lawful.

More information about the complaints in the lawsuit and LinkedIn's answer can be found in Section 21 of this document and in the "Court Documents" section of the settlement website at www.LinkedInClassActionSettlement.com.

### 4. Why is there a settlement?

The Court has not decided whether the Plaintiff or the Defendant should win this case. Instead, both sides agreed to a settlement. That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Settlement Class Members will get compensation now rather than, if at all, years from now. The Class Representative and her attorneys ("Class Counsel") believe that the settlement is in the best interests of the Settlement Class Members.

## WHO'S INCLUDED IN THE SETTLEMENT?

### 5. How do I know if I am in the Settlement Class?

The Court decided that this settlement includes a Settlement Class of all Persons in the United States who paid a fee to LinkedIn for a premium subscription at any time between March 15, 2006 and June 7, 2012." "Persons" include an "individual, corporation, partnership, limited partnership, limited liability partnership, limited liability company, association, joint stock company, estate, legal representative, trust, unincorporated association, and any business or legal entity and their spouses, heirs, predecessors, successors, representatives, or assigns."

## THE SETTLEMENT BENEFITS

### 6. What does the Settlement Agreement provide?

Defendant has agreed to create a $1,250,000 Settlement Fund. Class Members who were influenced by LinkedIn's statements in its User Agreement or Privacy Policy about its security when they signed up for LinkedIn premium subscriptions can submit a claim for up to $50 from the Settlement Fund. In addition to paying for valid claims of Class Members, the Settlement Fund will be used to pay the costs to administer the settlement, any Court-ordered award to Class Counsel for reasonable fees and expenses, and any incentive award to the Class Representative. The amount each claimant will be paid depends upon the number of valid claims submitted.

If there is still money left in the Settlement Fund after providing payments to every Settlement Class Member with a valid claim, paying the costs to administer the settlement, the award of attorneys' fees and expenses, and any incentive award to the Class Representative, the remaining money will be donated to the following nonprofit organizations:

- Center for Democracy & Technology: Is a public interest organization that supports laws, corporate policies, and technology tools that protect the privacy rights of Internet users. The CDT focuses, in part, on cybersecurity and consumer privacy issues. For more information visit www.cdt.org.

- World Privacy Forum: Is a public interest organization dedicated to reimagining privacy in the digital era through research, education, and analysis. The WPF focuses on data breach, consumer privacy, digital privacy, cybersecurity, and encryption issues, among others. For more information visit www.worldprivacyforum.org.

- Carnegie Mellon CyLab Usable Privacy and Security Laboratory: Is a division of Carnegie Mellon University's CyLab, one of the largest university-based cybersecurity research and education centers in the country. The division brings together researchers working on a diverse set of projects related to understanding and improving the usability of privacy and security software and systems. For more information visit http://cups.cs.cmu.edu.

On the other hand, if the amount to be paid to each Class Member with a valid claim would be less than $10, the Settlement Agreement may be revised.

In addition, LinkedIn has agreed to use "salting" and "hashing," or equivalent or greater forms of data security, for at least 5 years. Additional information about the settlement can be found in Section 21 of this document and in the Settlement Agreement located in the "Court Documents" Section of the settlement website.

# HOW TO GET BENEFITS

### 7. How do I get benefits?

If you are a Class Member and you want to participate in the Settlement, you must complete and submit a truthful Claim Form by May 2, 2015. To submit a Claim Form online, go to www.LinkedInClassActionSettlement.com. To request a paper copy, call toll-free 1-877-790-2130.

### 8. When will I get my payment?

If you have submitted a valid and approved claim, you should receive a check or a direct deposit into a bank account from the settlement administrator within approximately 30-60 days after the settlement has been finally approved and/or after any appeals have been resolved in favor of the settlement. The hearing to consider the fairness of the settlement is scheduled for June 18, 2015. All checks will expire and become void 90 days after they are issued.

# THE LAWYERS REPRESENTING YOU

### 9. Do I have a lawyer in this case?

Yes, the Court has appointed attorneys Jay Edelson, Rafey S. Balabanian, Ari J. Scharg, and J. Dominick Larry of Edelson PC as lead class counsel, and Laurence King, Linda Fong, and David Straite of Kaplan Fox & Kilsheimer LLP as liaison counsel to represent you and other Class Members. These attorneys are called "Class Counsel." Class Counsel can be reached by calling 1-866-354-3015. You will not be separately charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 10. How will the lawyers be paid?

Class Counsel will ask the Court for attorneys' fees and expenses of up to one-third (1/3) of the Settlement Fund. The Court will determine the proper amount of any attorneys' fees and expenses to award Class Counsel. The Court may award less than the amount requested.

Class Counsel will request a service award (also known as an "incentive" award) for the Class Representative of up to $7,500 for her services as class representative and her efforts in bringing the Action. The Court will make the final decision as to the amount to be paid to the Class Representative. The Court may award less than the amount requested.

Class Counsel will file with the Court and post on the settlement website their request for attorneys' fees and expenses and request for an incentive award to the Class Representative two weeks before the objection deadline of April 13, 2015.

# YOUR RIGHTS AND OPTIONS

### 11. What happens if I do nothing at all?

If you do nothing, you will receive no payment under the settlement, you will be in the Class, and, if the Court approves the settlement, you will also be bound by all orders and judgments of the Court. Also, unless you exclude yourself, you won't be able to start a lawsuit or be part of any other lawsuit against the Defendant for the claims being resolved by this settlement.

### 12. What happens if I ask to be excluded?

If you exclude yourself from the settlement, you can't claim any money or receive any benefits as a result of the settlement. You will keep your right to start your own lawsuit against Defendant for the same legal claims made in this lawsuit. You will not be legally bound by the Court's judgments related to the Settlement Class and Defendant in this class action.

### 13. How do I ask to be excluded?

You can ask to be excluded from the settlement. To do so, you must send a letter stating that you want to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD. Your letter must also include your name, address, email, the phone number, and your signature. You must mail your exclusion request no later than April 13, 2015, to:

LinkedIn Privacy Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

You cannot exclude yourself by phone or email.

### 14. If I don't exclude myself, can I sue the Defendant for the same thing later?

No. Unless you exclude yourself, you give up any right to sue the Defendant for the claims being resolved by this Settlement Agreement.

### 15. If I exclude myself, can I get anything from this settlement?

No. If you exclude yourself, do not submit a Claim Form to ask for a payment.

**16. How do I tell the Court I do not like the settlement?**

If you do not exclude yourself from the Settlement Class, you can object to the settlement if you don't like any part of it. You can give reasons why you think the Court should deny approval by filing an objection. You can't ask the Court to order a larger settlement; the Court can only approve or deny the settlement. If the Court denies approval, no settlement payments will be sent out and the lawsuit will continue. If that is what you want to happen, you must object. The Court will consider your views. To object, no later than April 13, 2015, a letter containing your objection to the settlement must be filed in person at any location of the United States District Court for the Northern District of California or postmarked to the Court at:

Class Action Clerk<br>
United States District Court for the Northern District of California<br>
Robert F. Peckham Federal Building, 280 South 1st Street<br>
San Jose, CA 95113

The objection must be in writing and include:

(a)     the case name *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD;

(b)     your name, address, mail address, and contact phone number;

(c)     the specific grounds for the objection including citations to legal authority;

(d)     all documents or writings that you desire the Court to consider;

(e)     the name and contact information of any and all attorneys representing, advising, or assisting
        you in making the objection; and

(f)     your signature.

If, in addition to submitting a written objection to the Settlement, you wish to appear and be heard at the hearing on the fairness of the Settlement, you or your attorney must say so in your written objection. If you have an attorney, they must file your objection through the Court's Case Management/Electronic Case Filing (CM/ECF) system.

**17. What's the difference between objecting and excluding myself from the settlement?**

Objecting simply means telling the Court that you don't like something about the settlement. You can object only if you stay in the Settlement Class. Excluding yourself from the Settlement Class is telling the Court that you don't want to be part of the Settlement Class.  If you exclude yourself, you have no basis to object because the case no longer affects you.

# THE COURT'S FAIRNESS HEARING

**18. When and where will the Court hold a hearing on the fairness of the Settlement?**

A hearing has been set for June 18, 2015 at 9:00 a.m., before the Honorable Edward J. Davila at the United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113 in Courtroom 4, 5th Floor.  At the hearing, the Court will hear any objections, and arguments concerning the fairness of the proposed settlement, including the amount requested by Class Counsel for attorneys' fees and expenses and an incentive award to the Class Representative.

**Note:**  The date and time of the fairness hearing are subject to change by Court Order, but any changes will be posted at the settlement website, www.LinkedInClassActionSettlement.com or through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov/.

**19. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as your written objection was filed or mailed on time and meets the other criteria described in Section 16 above, the Court will consider it. You may also pay another lawyer to attend, but you don't have to.

**20. May I speak at the hearing?**

If you do not exclude yourself from the Settlement Class, you may ask the Court for permission to speak at the hearing concerning any part of the proposed settlement by asking to speak in your objection by following the instructions in Section 16 above.

# GETTING MORE INFORMATION

**21. Where can I get additional information?**

This Notice summarizes the proposed settlement. For the precise terms and conditions of the settlement, please see the Settlement Agreement available at www.LinkedInClassActionSettlement.com, by contacting Class Counsel at 1-866-354-3015, by accessing the Court docket in this case through the Court's PACER system at https://ecf.cand.uscourts.gov/, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, Robert F. Peckham Federal Building, 280 South 1st Street, San Jose, CA 95113, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

<b>PLEASE DO <u>NOT</u> CONTACT THE COURT, THE JUDGE, OR THE DEFENDANT<br>
WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS.</b>

# EXHIBIT B

**LinkedIn Privacy Settlement Administrator**
P.O. Box 40007
College Station, TX 77842-4007

## LUP

## «Barcode»

Claim #: LUP-«ClaimID» «MailRec»
«First1» «Last1»
«co»
«Addr1» «Addr2»
«City», «ST» «Zip»
«Country»

*In Re LinkedIn User Privacy Litigation Settlement Claim Form*

THIS CLAIM FORM MUST BE SUBMITTED BY MAY 2, 2015 AND MUST BE FULLY
COMPLETED, BE SIGNED, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.

Instructions: Fill out each section of this form, check all boxes for verification, sign where indicated, and choose payment method.

Name (First, M.I., Last): _____ _____ _____

Street Address: _____

City: _____ State: ____ ____ Zip Code: ____ ____ ____ ____ ____

Email Address: _____

Contact Phone #: (____ ____ ____) ____ ____ ____ - - ____ ____ ____ ____ (You may be contacted if further information is required.)

<u>Class Member Verification</u>: By submitting this Claim Form and checking the boxes below, I declare that I believe I am a member of the Settlement Class and that the following statements are true (each box must be checked to receive a payment):

☐ I paid a fee to LinkedIn for a premium subscription between March 15, 2006 and June 7, 2012.

☐ In signing up for a LinkedIn premium subscription, I was influenced by LinkedIn's statements in its User Agreement or Privacy Policy about its security protecting my information when I decided to sign up for the premium subscription.

☐ All information provided in this Claim Form is true and correct to the best of my knowledge and belief.

Signature: _____ Date: ____ ____ / ____ ____ / ____ ____

Print Name: _____

<u>Choose Payment Method</u>: (select only one)

☐ I wish to receive my payment by paper check sent to the address listed above.

☐ I wish to receive my payment electronically by direct deposit to the account indicated below.*

Routing Number: _____ Bank Account Number: _____

*Please make sure you are providing the ACH routing number. Your bank may have different instructions. Contact your bank if you have any questions.

Your claim will be submitted to the Settlement Administrator for review. Any payments will be made after the Court approves the settlement and, if there are any appeals, after the appeals are resolved in favor of the settlement. Please be patient. The amount of any payment will depend upon the number of valid claims submitted. For more detail, please see the notice located on the settlement website at www.LinkedInClassActionSettlement.com.

**Questions, visit www.LinkedInClassActionSettlement.com or call 1-877-790-2130.**

 

LUPPOC1

# EXHIBIT C



Matthew D. Brown
T: +1 415 693 2188
brownmd@cooley.com

VIA USPS PRIORITY MAIL

August 22, 2014

United States Attorney General &
Appropriate State Officials
(Please see attached list for complete list of those served)

**RE: Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**
   *In re LinkedIn User Privacy Litigation*, Case No. 5:12-cv-03088-EJD (N.D. Cal.)

Dear Counsel or Official:

Defendant LinkedIn Corporation ("LinkedIn") provides this notice pursuant to 28 U.S.C. § 1715 (codified by the Class Action Fairness Act of 2005 ("CAFA")). The lawsuit is pending before the Honorable Edward J. Davila in the United States District Court for the Northern District of California, San Jose Division. This letter is to advise you that on August 15, 2014, Plaintiff filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit.

In accordance with 28 U.S.C. § 1715(b), LinkedIn states as follows:

1.   **28 U.S.C. § 1715(b)(1) – Complaint and Materials Filed with the Complaint:** Copies of all complaints in this consolidated action and the now-consolidated actions, including all amended complaints and all materials filed with the complaints, are included on the enclosed CD;

2.   **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of August 22, 2014, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed *Plaintiff's Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement* (with accompanying Exhibits) requesting that a hearing on the *Motion for Preliminary Approval* take place on January 16, 2015, at 9:00 a.m. in Court 4, 5th Floor, San Jose before the Honorable Edward J. Davila.

   Courtesy copies of *Plaintiff's Motion and Memorandum in Support of Preliminary Approval of Class Action Settlement* and *[Proposed] Order Granting Preliminary Approval of Class Action Settlement Agreement and Approving Notice Plan* are also included on the enclosed CD;

3.   **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Claim Form, Email Notice,* and *Website Notice* to be provided to the class are included on the enclosed CD;



United States Attorney General &
Appropriate State Officials
August 22, 2014
Page Two

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement* is included on the enclosed CD;

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** There are no other contemporaneous agreements or settlements between the parties to this action;

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** No final judgment has been reached as of August 22, 2014, nor have any notices of dismissal been granted as of this time;

7.  **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** It is not feasible to provide the names of all class members who reside in each state. Although LinkedIn is not able to determine with certainty the residency of its members, LinkedIn has estimated, based on currently available records and making reasonable approximations, that the following numbers and percentages of settlement class members are likely located in each state:

| State | Estimated # of Class Members | Estimated Percentage of the Class |
|---|---|---|
| Alabama | 3,374 | 0.42% |
| Alaska | 569 | 0.07% |
| Arizona | 12,331 | 1.55% |
| Arkansas | 1,911 | 0.24% |
| California | 162,323 | 20.36% |
| Colorado | 19,676 | 2.47% |
| Connecticut | 12,588 | 1.58% |
| Delaware | 1,698 | 0.21% |
| District of Columbia | 9,826 | 1.23% |
| Florida | 36,872 | 4.62% |
| Georgia | 28,184 | 3.53% |
| Hawaii | 1,188 | 0.15% |
| Idaho | 1,364 | 0.17% |
| Illinois | 44,344 | 5.56% |
| Indiana | 7,463 | 0.94% |
| Iowa | 2,420 | 0.30% |
| Kansas | 4,247 | 0.53% |
| Kentucky | 3,352 | 0.42% |
| Louisiana | 3,083 | 0.39% |



United States Attorney General &
Appropriate State Officials
August 22, 2014
Page Three

| State | Estimated # of Class Members | Estimated Percentage of the Class |
|---|---|---|
| Maine | 1,611 | 0.20% |
| Maryland | 15,333 | 1.92% |
| Massachusetts | 38,179 | 4.79% |
| Michigan | 14,469 | 1.81% |
| Minnesota | 14,509 | 1.82% |
| Mississippi | 930 | 0.12% |
| Missouri | 8,677 | 1.09% |
| Montana | 625 | 0.08% |
| Nebraska | 1,928 | 0.24% |
| Nevada | 3,884 | 0.49% |
| New Hampshire | 4,221 | 0.53% |
| New Jersey | 31,691 | 3.97% |
| New Mexico | 1,457 | 0.18% |
| New York | 83,081 | 10.42% |
| North Carolina | 19,078 | 2.39% |
| North Dakota | 330 | 0.04% |
| Ohio | 18,237 | 2.29% |
| Oklahoma | 2,859 | 0.36% |
| Oregon | 8,614 | 1.08% |
| Pennsylvania | 25,487 | 3.20% |
| Rhode Island | 2,082 | 0.26% |
| South Carolina | 4,950 | 0.62% |
| South Dakota | 377 | 0.05% |
| Tennessee | 8,474 | 1.06% |
| Texas | 65,129 | 8.17% |
| Utah | 4,483 | 0.56% |
| Vermont | 981 | 0.12% |
| Virginia | 25,250 | 3.17% |
| Washington | 24,232 | 3.04% |
| West Virginia | 646 | 0.08% |
| Wisconsin | 8,368 | 1.05% |
| Wyoming | 315 | 0.04% |



United States Attorney General &
Appropriate State Officials
August 22, 2014
Page Four

    8.    **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** There
are no written judicial opinions relating to the materials described under
subparagraphs (3) through (6) of the 28 U.S.C. § 1715(b).

If you have any questions about this notice, the above-referenced action, or the
enclosures, please contact me.

Sincerely,

Matthew D. Brown /BK

Matthew D. Brown

Enclosures:   CD

109837872 v1

SERVICE LIST

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Biden III | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Andrews | Ryan D. | Edelson PC | 350 North LaSalle Street | Suite 1300 | Chicago | IL | 60654 |
| Kleine | Benjamin H. | Cooley LLP | 101 California Street | 5th Floor | San Francisco | CA | 94111-5800 |
| Passarella | Patrick M. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 |

# EXHIBIT D

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|------|-------|---------|-----------|-----------|------|-------|-----|
| Geraghty | Michael | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| McDaniel | Dustin | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Horne | Tom | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| | CAFA Coordinator | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Suthers | John | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Nathan | Irvin | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Holder, Jr. | Eric H. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Biden III | Joseph R. | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Louie | David | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James M. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Coakley | Martha | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Gansler | Douglas F. | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Bruning | Jon | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Delaney | Michael | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Chiesa | Jeffrey S. | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| King | Gary | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Masto | Catherine Cortez | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| Dewine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Cooper, Jr. | Robert E. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Abbott | Greg | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Swallow | John | Utah Office of the Attorney General | State Capitol, Room 236 | 305 N State St | Salt Lake City | UT | 84114-0810 |
| Cuccinelli | Ken | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Van Hollen | J.B. | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Phillips | Gregory | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Andrews | Ryan D. | Edelson PC | 350 North LaSalle Street | Suite 1300 | Chicago | IL | 60654 |
| Kleine | Benjamin H. | Cooley LLP | 101 California Street | 5th Floor | San Francisco | CA | 94111-5800 |
| Passarella | Patrick M. | KCC Class Action Services | 75 Rowland Way | Suite 250 | Novato | CA | 94945 |

# EXHIBIT E

**KCC Class Action Services**
**LinkedIn User Privacy Litigation**
**Exclusion Report**
**05/13/2015**



Count: 59

| Control No. | Last Name | First Name | |
|---|---|---|---|
| 900012601 | ALVAREZ | JOSE F | |
| 900045001 | AZAPIAN | JENNIFER L | |
| 900060101 | BECK | E. LEE | *Late Filed |
| 900024801 | BERIWAL | MADHU | |
| 900052401 | BISHOP | RONALD D | |
| 900032501 | BORGESON | JEFF | |
| 900040201 | BROWN | TIMOTHY S | |
| 900016001 | BRUNO | LISA | |
| 900049501 | BUCKLEY | JUDITH M | |
| 900056901 | CHOO | STEVEN AMON | |
| 900061501 | CLAUTHER | SHAWN | |
| 900014301 | CORDOVA | ALAN R | |
| 900058601 | DALY BYGRAVE | CAROL | |
| 900002101 | DEMASO | WILLIAM C | |
| 900025101 | DIGERONIMO | JENNIFER (JJ) | |
| 900054101 | EAST | JAMES | |
| 900037301 | GEHRON | DIANE | |
| 900059001 | GEHRON | HANK | |
| 900050701 | GERZ | LINDA | |
| 900063201 | GHARPURE | SHRIRAM | |
| 900009701 | GILBERT | LINDA | |
| 900035601 | GILLEN | ADRIENNE | |
| 900001801 | GOGNA | SUMIT | |
| 900034201 | HAMM | CAROL L | |
| 900042001 | HENSEL | JIM | |
| 900041601 | HOLCER | JULIA | |
| 900003501 | HUANG | DANNING | |
| 900053801 | JARRELL | DON | |
| 900006601 | KAROY | MARIUS | |
| 900028201 | KLOSTER | ANDREW AND CHRISTINA | |
| 900057201 | KOLTSOV | ARTEM | |
| 900010901 | LORE | ROBIN | |
| 900044701 | LUQUE JR | JAVIER | |
| 900007001 | MACY | JOHN | |
| 900038701 | MARSHALL | RICHARD | |
| 900015701 | MATTKE | ROSEMARIE | |
| 900005201 | MCCANN | JAMIE | |
| 900020301 | MCCARTHY | SCOTT L | |
| 900048101 | MCCLELLAN | ROBERT H | |
| 900029601 | MCTERNAN SALZMAN | MICHELE ESTHER | |
| 900026501 | MESNARD | LISA | |
| 900030801 | MOHAN JANAKIRAMAN | CHANDRA | |
| 900051001 | MONROE | DANA | |
| 900031101 | NEUMANN | VANESSA | |
| 900008301 | POHL | DEBRA | |
| 900027901 | REDDY | MAUREEN | |
| 900036001 | ROGERS | JEFFREY A | |
| 900039001 | SCIARANGHELLA | GAIA | |
| 900062901 | SHARMA | KARAN | *Late Filed |
| 900047801 | SMITH | CANDIE | |
| 900013001 | SOARES | SARA J | |
| 900055501 | SPERDUTO | JIM | |
| 900004901 | STEIN | MATTHEW | |
| 900018801 | SUBASIC | ALMA | |
| 900023401 | THOMAS | AMY MARIE | |
| 900046401 | TODD-GHER | AMY | |
| 900033901 | TRESSO | RICCARDO JAMES | |
| 900017401 | VISWANATHAN | PAVITHRA | |
| 900043301 | VO | RYAN | |

Jose F. Alvarez
83 Iroquois Rd
Yonkers, NY 10710-5031
March 2, 2015


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


Please exclude me from the settlement in
In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

I have several email addresses in my Linked In profile
joealvarezny@gmail.com
JALVAREZNY@YAHOO.COM
joe@alvarezporter.com

Please utilize the email below my signature to communicate with me.


Sincerely,


Jose F. Alvarez
JALVAREZNY@YAHOO.COM



J E N N I F E R   A Z A P I A N   A D V I S O R Y

March 30, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

To Whom It May Concern:

I request to be excluded from the LinkedIn User Privacy Litigation Class.

Following is my contact information:

Jennifer L. Azapian
Owner/Principal
Jennifer Azapian Advisory
642 Robin Drive, Santa Clara, CA 95050
email: Jennifer@jenniferazapian.com
phone: 415-881-5030

Signature: _____      Date: 3/30/15

# E.L. Beck

2428 Grand Canyon Cor.
Fort Wayne, IN 46808

T 260.432.0235
M 260.804.0685

leebeck33@gmail.com
beckel01@uchicago.edu

April 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Dear Sir or Madam,

This letter serves notice that I, E.L. Beck of

2428 Grand Canyon Corridor
Fort Wayne, IN 46808
thesmallr@gmail.com
260.804.0685

wish to be excluded from the Class in re: LinkedIn User Privacy Litigation, Case No.
12-cv-03088-EJD.

Sincerely,

E. Lee Beck



2801 Slater Road, Suite 110  Morrisville, NC 27560
Mailing Address: P.O. BOX 110265   Research Triangle Park, NC 27709
1.800.977.8191   919.990.8191   919.237.7468 (f)   www.iem.com

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


March 31 2015


To Whom It May Concern

**LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

Please accept this letter as formal confirmation that I wish to be excluded from the settlement.

My personal information is as follows:


Madhu Beriwal

222 Tennwood Court

Durham NC 27712

madhu.beriwal@iem.com

919 237 7493


Sincerely,

Madhu Beriwal
**President and CEO**


*I Think ∴ IEM*

April 3, 2015

LINKEDIN   PRIVACY   SETTLEMENT   ADMINISTRATOR
P O   BOX   40007
COLLEGE   STATION   TX       77842-4007


DEAR   SETTLEMENT   ADMINISTRATOR,


I   WISH   TO   BE   EXCLUDED   FROM

THE   CLASS   ACTION   ENTITLED;


LINKEDIN   USER   PRIVACY   LITIGATION
CASE   No.   12-CV-03088-EJD


NAME :   RONALD   D.   BISHOP

ADDRESS:   715   KINKEAD WAY # 305
            ALBANY   CA   94706


EMAIL :   RBISHOP @ AMERICAN YACHTSMAN . NET

PHONE:   (916)   206-3065
         (866)   200-6777

                    YOURS   TRULY

To Settlement Administrator,

Please exclude me from lawsuit:

→ Case No. 12-cv-03088-EJD

→ Class in In re LinkedIn User privacy Litigation

Jeff Borgeson
39 N. Onskwood Pl.
Spring, TX 77381
(281) 513-1268
jeffborgeson23@gmail.com

Jeff B.

April 8, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Good afternoon,

     I would like to be excluded from the settlement in *In re LinkedIn* User Privacy Litigation,
Case No. 12-cv-03088-EJD.  My information is as follows:

- Timothy S. Brown
- 15850 N Thompson Peak Parkway #2072, Scottsdale, AZ  85260
- tbrown@blwmlawfirm.com
- (916) 207-7110

     Thank you,

Timothy S. Brown

# Lisa Bruno

**2915 SW 22nd Avenue, #202 Delray Beach, FL 33445**

3/8/2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007,
College Station, TX 77842-4007

**Re: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

To Whom It May Concern:

I want to be excluded from the settlement in the LinkedIn User Privacy Litigation, Case
No. 12-cv-03088-EJD.

**My name is:** Lisa Bruno of 2915 SW 22nd Avenue, #202, Delray Beach, FL 33445;

**Email address**: lbruno@easyverification.com and lnb38431@gmail.com;

**Telephone** 561-866-3843

Thank you,

Lisa Bruno

Linkedin Privacy Settlement
PO Box 40007
College Station, TX 77842
LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

28 March 2015

Judith M. Buckley
7790 Elmwood Avenue, #112
Middleton, WI 53562

To Whom It May Concern:

Please exclude me from the Linkedin Class Action Suit.  My name, address, phone, and email
are provided below:

Name:  Judith M. Buckley
Address:  7790 Elmwood Avenue, #112
Middleton, WI 53562
Linkedin User Privacy Litigation, Case No. 12-cv-03088-EJD
Tel:  608-616-2429
Email:  jmbucklee@gmail.com

Regards,

Judith M. Buckley

CC

To Whom It May Concern,

My name is Steven Amon Choo. I am writing to be excluded from "In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD". Below lists the additional information requested:

Address: 5844 Pebble Creek Dr., Rocklin, CA, 95765
Email: choo.steve@gmail.com and pliable@gmail.com
Phone #: (916) 624-9680 and (916) 276-8601

Thank you,

Steven Choo

# Shawn Clauther

160-07 108th Ave., Jamaica, NY 11433

Cell Phone: (347) 238-0383 ❖ Home Phone: (718) 739-3482 ❖ E-mail: sclauther@gmail.com

April 11, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

To Whom this May Concern,

    My name is Shawn Clauther, and I live at 160-07 108th Avenue, Jamaica, NY 11433. My home phone number is (718) 739-3482 and my cell phone number is (347) 238-0383. I use the email address genius11433@yahoo.com to log onto LinkedIn.

    As provided in your Notice, I am writing this letter to request that I be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv203088-EJD.

    If any further information is required, feel free to contact me by any of the means above.

    Thank you for your attention to this matter.

Sincerely,

Shawn Clauther

February 20, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, Texas 77842-4007

To Whom This May Concern:

I wish to exclude myself from the Class of *In re LinkedIn User Privacy Litigation*, Case
No. 12-cv-03088-EJD.

Sincerely,

Alan R. Cordova

2828 Greenbriar Street
Apartment 3304
Houston, Texas 77098

(206) 245-9915

acordova08@gsb.columbia.edu

April 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Dear LinkedIn User Privacy Settlement Administrator:

I respectfully request to be excluded from the settlement in **LinkedIn User Privacy Litigation, Case No. 12-cv-030088-EJD.**

Name: Carol Daly (on LinkedIn)

Address: 1010 Pebble Creek Trail, Suwanee, GA 30024

Email: cardb12c@att.net

Phone: 954-294-1775 – cell

Regards,

Carol Daly Bygrave

22 Feb 15

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station TX 77842-4007


Please exclude me from the settlement in In re LinkedIn User Privacy
Litigation, Case No. 12-cv-03088-EJD.


Thank you


William C DeMaso
1005 Neal Dr
Alexandria VA 22308
Bkjidemaso@gmail.com
703-799-1736

Jennifer (JJ) DiGeronimo
7800 Plantation Drive
Brecksville, OH 44141
216-570-5519
jj@purposefulwoman.com


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


March 31, 2015


To whom it may concern,

Please exclude me from the settlement: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.


Thank you,

JJ DiGeronimo

3-31-15

# CÔTE
## BRASSERIE

MARCH 31, 2015                    JAMES EAST

                                  50 BATTERY PLACE

                                  APT 2B

                                  NY, NY 10280

                                  USA

CASE NO. 12-CV-03088-EJD

                                  james.east@me.com

                                  212 770 0064

                                  347 225 3563

I want to be excluded from
the Settlement in In re LinkedIn
User Privacy Litigation, Case No.
12-CV-03088-EJD


      JAME EAST

Diane Gehron
319 Newport Place
Exton, PA 19341
April 8th, 2015
diane@blueplateminds.com
610-524-1590

Re: LinkedIn User Privacy Litigation, Re: 12-cv-03088-EJD


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Please exclude me completely from this settlement as this has not pertained to me or
affected me directly that I am aware.



Kind Regards,

Diane Gehron

Hank Gehron
319 Newport Place
Exton, PA 19341
April 8th, 2015
hank.gehron@adp.com
610-836-1856

Re: LinkedIn User Privacy Litigation, Re: 12-cv-03088-EJD


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Please exclude me completely from this settlement as this has not pertained to me or
affected me directly that I am aware.


Kind Regards,

Hank Gehron

3/31/15

To: Privacy Settlement Administrator

I would like to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Linda Gerz   linda@mrilancaster.com

Management Recruiters of Lancaster

2233 Dutch Gold Drive

Lancaster, PA  17601

717-299-6222

April 13, 2015

SHRIRAM GHARPURE

2831 ROYSTON DRIVE,
DULUTH, GA 30097

Shriram@bellsouth.net
Tel: 770-622-4212

**Subject:** Exclusion from the "Class in In re LinkedIn User Privacy Litigation,
Case No. 12-cv-03088-EJD".

Dear Sir/ Madam,

I want to be excluded from the "Class in In re LinkedIn User Privacy Litigation,
Case No. 12-cv-03088-EJD".

Yours Sincerely

Shriram Gharpure.



**StarKist.**

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

February 27, 2015

To Whom It May Concern:

I would like to request to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

Name:        Linda Gilbert
Address:     225 North Shore Drive, Suite 400
Email:       Linda.Gilbert@starkist.com
Phone No.:   412-323-7442

Signature:   *Linda Gilbert*

Thank you for your attention to this matter.

Sincerely,

*Linda Gilbert*
Linda Gilbert

Adrienne Gillen
120 Sikes Avenue
Clemson, South Carolina   29631
akgillen@gmail.com
864-643-2797


March 31, 2015




LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

RE: *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD

Dear Settlement Administrator:

Please remove my name from the above mentioned class action
lawsuit. I, Adrienne Gillen, want to be excluded from the settlement
in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

I have no interest in participating in this lawsuit, nor do I have any
interest in a monetary settlement. I choose to exclude myself. I give
up my right to object to the settlement. I have no desire to sue
LinkedIn over the legal issues in the lawsuit.

Please advise me if I need to take any further steps to remove myself
from these legal matters.

Sincerely,

*Adrienne K Gillen*

Adrienne Gillen

25 February, 2015

To,

LinkedIn Privacy Settlement Administrator,

P. O. Box 40007,

College Station, TX 77842-4007

To whom so ever it may concern

Subject: Exclusion from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

I want to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Sincerely,

Sumit Gogna

109 Red Oak Drive,

Williamsville, NY 14221

Email: gognasumit@gmail.com

Phone: (716) 866-2179

April 7, 2015

Re: LinkedIn Privacy Settlement
PO Box 40007
College Station, TX  77842-4007


To Whom It May Concern:

Please exclude me from the settlement in regards to LinkedIn User Privacy Litigation, Case No.
12-cv-03088-EJD.

Carole L. Hamm
9 Jordan Drive
Boothbay Harbor, ME  04538
Carole.hamm@abbott.com
(858) 776-5245 – cell

Thank you for your attention to this response.  Please feel free to contact me if you have any
questions.

Sincerely,

Carole Hamm

Apr 8 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

To Whom It Concerns,

I would like to exclude myself from In re LinkedIn User Privacy Litigation, Case No. 12-cv-
03088-EJD.  My name is Jim (James) Hensel.

Address: 9 Hawthorne Place, Boston MA 02114
Email: jim@hensel.com
Phone: 617.480.7515.

Warm Regards,

Jim Hensel

Julia Holcer
603 E Fairlawn Dr
Urbana, IL 61801
Holcerj@gmail.com
630-254-9791

To whom it may concern,

I, Julia Holcer, wish to remove myself from the Linkedin class action lawsuit designated by case
number: 12-cv-03088-EJD.  I do not want to be named in a class action lawsuit in which I have no
interest in at this present time.

Sincerely,

Julia Holcer        4/9/15

Julia Holcer

Dear Sir or Madam,

I would like to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

On a separate note, I filed an online claim to be included in this settlement on February 22, 2015. Later I realized that it was after June 7, 2012 that I paid fees to LinkedIn for a premium subscription. Could you please kindly discard my claim? Thank you very much.

Regards,

Danning Huang

*Danning Huang*

Tel: 917-821-8028

Email: LYN.DANNING.HUANG@GMAIL.COM

Address: 40 West 57th Street, 32nd Floor, New York, NY 10019

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


Dear Sir/Madam:

I have been advised of my being a potential recipient of a settlement payment in the matter
of In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.  I hereby withdraw
from the class and exclude myself from the settlement and request that my step be made
known to the Defendant.

I have been a LinkedIn member for a very long time (1239th member), value them as a
service provider and want no part of this action.  I am very careful about my online activity
and security, especially with sites and services I use every day as is the case with LinkedIn,
and I am confident I have suffered no harm from the alleged issue.

Sincerely,

Don Jarrell

dbjarrell@pristacorp.com
(512) 289-3986
3702 Clendenin Ct
Austin TX 78732

2/20/15

Request for exlusion from Linkedin User Privacy Litigation,
Case No. 12-cv-03088-EJD

I hereby request to be excluded from any involvement in Linkedin User Privacy
Litigation, Case No. 12-cv-03088-EJD.

Sincerely,

Marius Karoy
800 Ne Tenney Rd.
Ste. 110. PMB 235
Vancouver, WA 98685

marius@instructiontech.net

Exclude us from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088 EJD.


Andrew Kloster and Christina Wang Kloster

Address solely for contact purposes relevant to this case : 2727 South Quincy Street, Apt. 616, Arlington, VA 22206

Phone solely for contact purposes relevant to this case: 202-608-6195

Email solely for contact purposes relevant to this case: Kloster@nyu.edu

In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

To Settlement Administrator:

I do not with to be a member of the Settlement Class. I am asking to be excluded from the settlement.

Artem Koltsov
390 La Strada Dr, Apt 12
San Jose CA 95123
phone: 408-578-8768
email: artem.koltsov@gmail.com

Regards,
Artem Koltsov                                    3/30/2015

Robin LoRé
Rlore7@gmail.com
123 South Street
New Providence, NJ 07974
908-514-5875

February 24, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007

**RE: LinkedIn User Privacy Litigation Case No. 12-CV-03088-EJD**

Dear Settlement Administrator,

I wish to be removed from the above referenced litigation against LinkedIn. I **cannot** attest that I was influenced one way or the other by LinkedIn's statements in its User Agreement or Privacy Policy.

I don't appreciate being added as a Settlement Class Member for a dispute I have no clear understanding of. What does a potential security breech have to do with unfair competition? It's not clear from the email or the longer form of notice. I would have to pay a fee to register for Pacer to find out and know who the Plaintiff was.

I wanted to mention that it was far too easy to jump on the settlement band wagon, but not so straight forward to exclude myself. How is it fair that we can "do nothing" and be added to collect our $50 bucks, but have to jump through convoluted hoops to be excluded? Why is there no email exclusion option? How can I be certain I will be excluded? Will I be sent verification, will LinkedIn be sent verification? A PO Box doesn't allow for certified mail.

Lastly, unless LinkedIn has a clause in their user agreement / privacy policy that allowed the Plaintiff to access my information to identify me as a potential Class Member, the fact that it was provided, (via court order?) without my prior permission is, in itself, a violation of my privacy.

Should I sue the Plaintiff?

Best regards,

Robin LoRé

Mr. Javier Luque.Jr
58 Henry St
Hasbrouck Heights, NJ,07604
javiluq12@gmail.com
(201) 9169285
4/10/15

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007

**To whom it may concern;**

Please excuse me from this settlement case: "*In re LinkedIn user privacy ligitation*" The Case number
is 12-cv-03088-EJD. Thank you very much and enjoy your day.

**Regards;**

**Javier Luque**

Dear the Settlement Administrator,

My name is Macy John, address is 2256 nw 81 ave Sunrise FL 33322.  My Email is
macy@sbproductions.net.

I am writing to OPT OUT of the case to extort LinkedIn. The case is User Privacy Litigation, Case No. 12-
cv-03088-EJD.

I am also writing to complain about my name being included without my knowledge in a lawsuit I want
NO part of.  I want to know how to file a complaint against the attorneys who added me to a lawsuit, on
having to waste my time in finding the proper address to opt out of this extortion lawsuit where I do not
want to be bound by any courts decision on a lawsuit I did not seek to join.   I had to read a long letter
and could not easily find how to opt out of this extortion suit!  This was a waste of my busy time and I do
not appreciate being entangled in any legal matters I did not seek! I do not have a problem with
Linkedin's User agreement and I demand my name not ever be used to certify or be a part of a class that
does not represent me.


Please reply if I can file a complaint against the attorneys who added me to this potential class.

Thank you,

Macy John

4/6/2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

I do not wish to be a member of the Settlement Class, and by this letter exclude myself in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

My details are:

Richard Marshall

3199 Andreasen Drive

Lafayette, CA, 94549

Tel 925 808 5065

Email urbandesign.ram@gmail.com

Regards,

Richard Marshall

549 S. Elizabeth Street

Lombard, IL 60148

March 8, 2015


LinkedIn Privacy Settlement Administrator

P.O. Box 40007

College Station, TX 77842-4007


Dear Settlement Administrator:


I am writing to you after receiving notice of a lawsuit against LinkedIn. I am requesting to be excluded from the settlement re:


 LinkedIn User Privacy Litigation Case No. 12-CV-03088-EJD.


I, Rosemarie Mattke, who reside at 549 S. Elizabeth St., Lombard, IL, 60148, e-mail address mattkeemployment@yahoo.com, 312.878.7642, request to be excluded from this effort.

Respectfully submitted,

Rosemarie Mattke

February 23, 2015


LinkedIn Privacy Settlement Administrator

P.O. Box 40007

College Station, TX 77842-4007


To Whom It May Concern:


I do not wish to be included in the suit against Linked IN User Privacy Litgation, case#12-cv-03088-EJD.

Please remove me from the list of plaintiffs.

Thank you.

Sincerely,

Jamie McCann

27012 Santa Susana Circle

Mission Viejo, CA 92691

(949) 292-8166

jmccann@lucasgroup.com

March 21, 2015

55 Union Place, #199
Summit, NJ 07901

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Subject:
*In re LinkedIn User Privacy Litigation*,
Case No. 12-cv-03088-EJD

Gentlemen:

I wish to be excluded from the above-referenced class-action settlement.
Thank you for your assistance in this matter.

Sincerely,

Scott L. McCarthy

Robert H. McClellan
3116 Delamere Drive
Matthews, NC 28104
April 3, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re: Settlement exclusion request

To Whom It May Concern:

I request to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD. My information:

    Robert H. McClellan
    3116 Delamere Drive
    Matthews, NC 28104

    rob@robmcclellan.com or rmcclellan@coach.com

    704.491.0400

Sincerely,

Robert H. McClellan

March 30, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

✗ Re: In re LinkedIn User Privacy Litigation Case No. 12-cv-03088-EJD

Dear To Whom it May concern (as Administrator re: LinkedIn Privacy settlement),

Please accept this note as request to be excluded from the above referenced settlement. Thank you.

Sincerely,
Michele Esther Salzman (formerly McTernan)
45 Davis Blvd. Apt. # 24
Tampa, FL 33606
memcternan@yahoo.com
201-952-0049
Michele Esther Salzman (formerly McTernan)
✗Former address; Please note; ✗ ✗
1618 West DeLeon Street
Tampa, FL 33606

March 31, 2015


LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007


LinkedIn Privacy Settlement Administrator,

Please exclude me from the settlement in *In re LinkedIn User Privacy Litigation Case No. 12-cv-03088-EJD.*

| | |
|---|---|
| Name: | Lisa Mesnard |
| Address: | 3231 Oak Grove Circle |
| | Raleigh, NC 27607 |
| Email: | lisa@hrwsearch.com |
| Phone: | 919-624-5626 |


Please contact me if you have any questions or need additional information.

Thank you for your attention to the matter.

Regards,

*Lisa Mesnard*

*lisa@hrwsearch.com*

919-624-5626

03/26/2015

I, CHANDRA MOHAN JANAKIRAMAN want to be excluded from the settlement *In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.*

CHANDRA MOHAN JANAKIRAMAN,
1949 CASSIA ROAD, APT 100,
CARLSBAD, CA 92011
Email - j_chandra_mohan@yahoo.com
2245224948

SIGNATURE

03|26|2015

Settlement Administrator,

Please exclude me from the
LinkedIn User Privacy Litigation No.
12-cv-03088-EJD.

Sincerely —
Dana Monroe
9 N 7th Street Suite 202
Indiana PA 15701
dm402014@gmail.com
724-463-5390 x222

Vanessa Neumann
548 15th Avenue
San Francisco CA 94118
Email: Vanessa.neumann@me.com
Phone: 415-819-1964

April 2, 2015

## Concerning: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

To the LinkedIn Privacy Settlement Administrator:

I hereby would like to exclude myself from the LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Please remove my name from the claim and settlement.

Please confirm my exclusion by email.

Thank you,

Vanessa Neumann
548 15th avenue
San Francisco CA 94118
Email: Vanessa.neumann@me.com
Phone: 415-819-1964



February 20, 2015


LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4009


Herewith is written request to be excluded from the class in "LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD".  My details are as follow:

Debra Pohl
169 Arbor Crest
Somers, NY 10589
email: dpohl@arcstaff.com
(914) 769-4700 ext 118

I appreciate your attention to this request.

Thank you,

Debra Pohl

March 30, 2015

To Whom It May Concern,
Please excluded me from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Maureen Reddy
56 Willow Ave.
Winthrop, MA 02152
617-319-2837
mo7bridge@aol.com

Jeffrey A. Rogers
1059 Miramar Street
Laguna Beach, California 92651
(407) 951-2008
jeffjhawk@aol.com

April 9, 2015

Linkedin Privacy Settlement Administrator
PO Box 40007, College Station, TX 77842-4007

Re:     Request to be excluded from settlement; Case No. 12-cv-03088-EJD

Dear Administrator:

My name is Jeffrey Rogers, and I did pay for a premium membership during the subject time period of this suit. My previous home address was 9981 Cypress Vine Drive, Orlando, FL 32827. My Linkedin registration email was and is jeffjhawk@aol.com.

This mailing will be post-marked prior to the April 13, 2015 deadline, **and I am hereby requesting that I be excluded from the proposed settlement**.

Please note that after May 5, 2015, my new mailing address will be 2023 N. Atlantic Ave., #73, Cocoa Beach, Florida 32931. My phone and email contact information above will remain the same.

Thank you for your assistance in this matter. Please forward me a confirmation by email or regular mail that you received and processed this request.

Sincerely,

Jeffrey Rogers

Jeffrey Rogers

Boston, April 2nd 2015

**Re: LinkedIn User Privacy Litigation**, Case No. 12-cv-03088-EJD

To the Settlement Administrator:

I want to be to be excluded from the Class in LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

As follows my information:

Name: Gaia Sciaranghella

Address: 660 Huntington Ave, Boston  MA 02115

e-mail address: gsciaranghella@yahoo.com

Phone #: 617-935-7262

Faithfully,

Gaia Sciaranghella

4/12/2015

LINKEDIN PRIVACY SETTLEMENT ADMINISTRATOR,
POBOX 40067, COLLEGE STATION, TX-77842
-4007.

To whomsoever it may concern.

Subject: Exclude from Case No: 12-CV-03088
-EJD.

Settlement Administrator,

I wish to be excluded
from the Class in In re LinkedIn
User Privacy Litigation, Case No
12-CV-03088 - EJD. Please
do the needful.

Best Regards,

(Karan Sharma) (KARAN SHARMA)

ADDRESS: Apt 506 5805 JEFFERSON ST
WEST NEW YORK, 07093.
email: karaninnovates@gmail.com
PH NO: 551 482 3886

March 30, 2015

To Settlement Administrator,

I, Candie Smith, request to be
excluded from the class action
Settlement In re LinkedIn User Privacy
Litigation, Case NO 12-cv-03088-EJD.

Cordially,

Candie Smith

Candie Smith
5279 Arthur Kell Rd
Apt 2A
Staten Island, NY 10307

Em: Csmithny777@hotmail.com
PH: 347-255-2235

Sarah J. Soares
224 Underwood Street
Fall River, MA 02720
March 3, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

To Whom it May Concern:

I wish to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD. My address is: 224 Underwood Street, Fall River, MA 02720, my email address is: sarahjsoares@gmail.com, my mobile number is: 774-627-4527.

Sincerely,

Sarah J. Soares

Jim Sperduto
14 Tunbridge Walke
East Aurora, NY  14052
(716) 805-0003
jimsperduto@gmail.com

April 6, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX  77842

Dear Settlement Administrator,

Please accept this letter as my (and any entities that I represent, including, but not limited to Bentley
Jacobs LLC) request to be excluded from the LinkedIn Privacy Litigation, Case No. cv-12-03088-EJD.

Sincerely,

Jim Sperduto

February 24, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

RE:     *In re LinkedIn User Privacy*
        *Litigation*, N.D. Cal. Case No. 12-cv-0388-EJD

Dear Sir or Madam:

I want to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  As required by the Preliminary Approval Order (Docket No. 136) and the class notice:

Matthew Stein
43 Blue Jay Lane
Ashland, MA 01721
steinmk@gmail.com
(617) 650-4145

Thank you,

Matthew Stein

Friday, March 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re: In re LinkedIn User Privacy Litigation/ Case No. **12-cv-03088-EJD**.

To Whom It May Concern:

Please note that **I wish to be excluded** from the Class in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Thank you.

Alma Subasic
208 N Mountain Avenue
Montclair, NJ 07042
917-923-5481
a.subasic25@gmail.com

P. S. Could you please make sure to send me an acknowledgment letter or email. Many thanks.

Alma Subasic

March 31, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

**RE: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

To Whom It May Concern:

Please exclude me from the Class in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.  Below is my contact information:

     Name:  Amy Marie Thomas

     Address:  6541 N Campbell Ave., Chicago, IL 60645

     Email: amymthomas@comcast.net

     Phone number:  773-338-0916

Very truly yours,

Amy Marie Thomas

Amy Todd-Gher
2006 Pintoresco Court
Carlsbad, CA 92009
(415) 852-2621
atoddgher@gmail.com

April 9, 2015

**VIA U.S. MAIL**

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re:  **Request to Opt Out**
     *In re LinkedIn User Privacy Litigation*
     Case No. 12-cv-03088-EJD

To Whom It May Concern:

I recently received notice of the settlement *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  I want to opt out and be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  Please accept this written notice of my formal request for exclusion from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Amy Todd-Gher

AT

April 2, 2015

To Whom It May Concern,

I would like to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

Thank You,

Riccardo James Tresso
4243 Opportunity Dr.
Castle Rock, CO. 80109
Phone: 720-733-9754

3|8|2015

To Whomsoever It May Concern,

I PAVITHRA VISWANATHAN, would like to exclude myself from the In re LinkedIn User Privacy Litigation, Case No 12-CV-03088-EJD.

Yours Sincerly

pavithra

( PAVITHRA VISWANATHAN )

1063 MORSE AVE, APT 23-106

SUNNYVALE, CA-94089

520-561-7960

pavithra03@gmail.com

To whom it may concern:

I, Ryan Vo, would like to be excluded from this lawsuit in (re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD)

Ryan Vo
21 Camellia Irvine, CA 92620
Ryansonvo@gmail.com
(714) 489-7799

# EXHIBIT E

**KCC Class Action Services**
**LinkedIn User Privacy Litigation**
**Exclusion Report**
**05/13/2015**



**Count: 59**

| Control No. | Last Name | First Name | |
|---|---|---|---|
| 900012601 | ALVAREZ | JOSE F | |
| 900045001 | AZAPIAN | JENNIFER L | |
| 900060101 | BECK | E. LEE | *Late Filed |
| 900024801 | BERIWAL | MADHU | |
| 900052401 | BISHOP | RONALD D | |
| 900032501 | BORGESON | JEFF | |
| 900040201 | BROWN | TIMOTHY S | |
| 900016001 | BRUNO | LISA | |
| 900049501 | BUCKLEY | JUDITH M | |
| 900056901 | CHOO | STEVEN AMON | |
| 900061501 | CLAUTHER | SHAWN | |
| 900014301 | CORDOVA | ALAN R | |
| 900058601 | DALY BYGRAVE | CAROL | |
| 900002101 | DEMASO | WILLIAM C | |
| 900025101 | DIGERONIMO | JENNIFER (JJ) | |
| 900054101 | EAST | JAMES | |
| 900037301 | GEHRON | DIANE | |
| 900059001 | GEHRON | HANK | |
| 900050701 | GERZ | LINDA | |
| 900063201 | GHARPURE | SHRIRAM | |
| 900009701 | GILBERT | LINDA | |
| 900035601 | GILLEN | ADRIENNE | |
| 900001801 | GOGNA | SUMIT | |
| 900034201 | HAMM | CAROL L | |
| 900042001 | HENSEL | JIM | |
| 900041601 | HOLCER | JULIA | |
| 900003501 | HUANG | DANNING | |
| 900053801 | JARRELL | DON | |
| 900006601 | KAROY | MARIUS | |
| 900028201 | KLOSTER | ANDREW AND CHRISTINA | |
| 900057201 | KOLTSOV | ARTEM | |
| 900010901 | LORE | ROBIN | |
| 900044701 | LUQUE JR | JAVIER | |
| 900007001 | MACY | JOHN | |
| 900038701 | MARSHALL | RICHARD | |
| 900015701 | MATTKE | ROSEMARIE | |
| 900005201 | MCCANN | JAMIE | |
| 900020301 | MCCARTHY | SCOTT L | |
| 900048101 | MCCLELLAN | ROBERT H | |
| 900029601 | MCTERNAN SALZMAN | MICHELE ESTHER | |
| 900026501 | MESNARD | LISA | |
| 900030801 | MOHAN JANAKIRAMAN | CHANDRA | |
| 900051001 | MONROE | DANA | |
| 900031101 | NEUMANN | VANESSA | |
| 900008301 | POHL | DEBRA | |
| 900027901 | REDDY | MAUREEN | |
| 900036001 | ROGERS | JEFFREY A | |
| 900039001 | SCIARANGHELLA | GAIA | |
| 900062901 | SHARMA | KARAN | *Late Filed |
| 900047801 | SMITH | CANDIE | |
| 900013001 | SOARES | SARA J | |
| 900055501 | SPERDUTO | JIM | |
| 900004901 | STEIN | MATTHEW | |
| 900018801 | SUBASIC | ALMA | |
| 900023401 | THOMAS | AMY MARIE | |
| 900046401 | TODD-GHER | AMY | |
| 900033901 | TRESSO | RICCARDO JAMES | |
| 900017401 | VISWANATHAN | PAVITHRA | |
| 900043301 | VO | RYAN | |

Jose F. Alvarez
83 Iroquois Rd
Yonkers, NY 10710-5031
March 2, 2015


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


Please exclude me from the settlement in
In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

I have several email addresses in my Linked In profile
joealvarezny@gmail.com
JALVAREZNY@YAHOO.COM
joe@alvarezporter.com

Please utilize the email below my signature to communicate with me.


Sincerely,


Jose F. Alvarez
JALVAREZNY@YAHOO.COM



JENNIFER AZAPIAN ADVISORY

March 30, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

To Whom It May Concern:

I request to be excluded from the LinkedIn User Privacy Litigation Class.

Following is my contact information:

Jennifer L. Azapian
Owner/Principal
Jennifer Azapian Advisory
642 Robin Drive, Santa Clara, CA 95050
email: Jennifer@jenniferazapian.com
phone: 415-881-5030

Signature: _____     Date: 3/30/15

# E.L. Beck

2428 Grand Canyon Cor.
Fort Wayne, IN 46808

T 260.432.0235
M 260.804.0685

leebeck33@gmail.com
beckel01@uchicago.edu

April 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Dear Sir or Madam,

This letter serves notice that I, E.L. Beck of

2428 Grand Canyon Corridor
Fort Wayne, IN 46808
thesmallr@gmail.com
260.804.0685

wish to be excluded from the Class in re: LinkedIn User Privacy Litigation, Case No.
12-cv-03088-EJD.

Sincerely,

E. Lee Beck



2801 Slater Road, Suite 110 Morrisville, NC 27560
Mailing Address: P.O. BOX 110265 Research Triangle Park, NC 27709
1.800.977.8191 919.990.8191 919.237.7468 (f) www.iem.com

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

March 31 2015

To Whom It May Concern

**LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

Please accept this letter as formal confirmation that I wish to be excluded from the settlement.

My personal information is as follows:

Madhu Beriwal

222 Tennwood Court

Durham NC 27712

madhu.beriwal@iem.com

919 237 7493

Sincerely,

Madhu Beriwal
**President and CEO**

*I Think ∴ IEM*

April 3, 2015

LINKEDIN PRIVACY SETTLEMENT ADMINISTRATOR
PO BOX 40007
COLLEGE STATION   TX     77842-4007

DEAR SETTLEMENT ADMINISTRATOR,

I WISH TO BE EXCLUDED FROM

THE CLASS ACTION ENTITLED;

LINKEDIN USER PRIVACY LITIGATION
CASE No. 12-CV-03088-EJD

NAME: RONALD D. BISHOP

ADDRESS: 715 KINKEAD WAY #305
          ALBANY CA  94706

EMAIL: RBISHOP @ AMERICAN YACHTSMALL.NET

PHONE: (916) 206-3065
        (866) 200-6777

YOURS TRULY,

To Settlement Administrator,

Please exclude me from lawsuit:

→ Case No. 12-cv-03088-EJD

→ Class in In re LinkedIn User privacy Litigation

Jeff Borgeson
39 N. Onskwood Pl.
Spring, Tx 77381
(281) 513-1268
jeffborgeson23@gmail.com

Jeff B.

April 8, 2015


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


Good afternoon,

I would like to be excluded from the settlement in *In re LinkedIn* User Privacy Litigation,
Case No. 12-cv-03088-EJD.  My information is as follows:

- Timothy S. Brown
- 15850 N Thompson Peak Parkway #2072, Scottsdale, AZ  85260
- tbrown@blwmlawfirm.com
- (916) 207-7110


Thank you,

Timothy S. Brown

# Lisa Bruno

## 2915 SW 22nd Avenue, #202 Delray Beach, FL 33445

3/8/2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007,
College Station, TX 77842-4007

**Re: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

To Whom It May Concern:

I want to be excluded from the settlement in the LinkedIn User Privacy Litigation, Case
No. 12-cv-03088-EJD.

**My name is:** Lisa Bruno of 2915 SW 22nd Avenue, #202, Delray Beach, FL 33445;

**Email address**: lbruno@easyverification.com and lnb38431@gmail.com;

**Telephone** 561-866-3843

Thank you,

Lisa Bruno

Linkedin Privacy Settlement
PO Box 40007
College Station, TX 77842
LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

28 March 2015

Judith M. Buckley
7790 Elmwood Avenue, #112
Middleton, WI 53562

To Whom It May Concern:

Please exclude me from the Linkedin Class Action Suit. My name, address, phone, and email
are provided below:

Name:  Judith M. Buckley
Address:  7790 Elmwood Avenue, #112
Middleton, WI 53562
Linkedin User Privacy Litigation, Case No. 12-cv-03088-EJD
Tel:  608-616-2429
Email:  jmbucklee@gmail.com

Regards,

Judith M. Buckley

CC

To Whom It May Concern,

My name is Steven Amon Choo. I am writing to be
excluded from "In re LinkedIn User Privacy Litigation, Case
No. 12-cv-03088-EJD". Below lists the additional information
requested:

Address: 5844 Pebble Creek Dr., Rocklin, CA, 95765
Email: choo.steve@gmail.com and pliable@gmail.com
Phone #: (916) 624-9680 and (916) 276-8601

Thank you,

Steven Choo

# Shawn Clauther

160-07 108th Ave., Jamaica, NY 11433

Cell Phone: (347) 238-0383 ❖ Home Phone: (718) 739-3482 ❖ E-mail: sclauther@gmail.com

April 11, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007, College Station, TX 77842-4007

To Whom this May Concern,

My name is Shawn Clauther, and I live at 160-07 108th Avenue, Jamaica, NY 11433. My home phone number is (718) 739-3482 and my cell phone number is (347) 238-0383. I use the email address genius11433@yahoo.com to log onto LinkedIn.

As provided in your Notice, I am writing this letter to request that I be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv203088-EJD.

If any further information is required, feel free to contact me by any of the means above.

Thank you for your attention to this matter.

Sincerely,

Shawn Clauther

February 20, 2015


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, Texas 77842-4007


To Whom This May Concern:


I wish to exclude myself from the Class of *In re LinkedIn User Privacy Litigation*, Case
No. 12-cv-03088-EJD.


Sincerely,

Alan R. Cordova


2828 Greenbriar Street
Apartment 3304
Houston, Texas 77098

(206) 245-9915

acordova08@gsb.columbia.edu

April 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Dear LinkedIn User Privacy Settlement Administrator:

I respectfully request to be excluded from the settlement in **LinkedIn User Privacy Litigation, Case No. 12-cv-030088-EJD.**

Name: Carol Daly (on LinkedIn)

Address: 1010 Pebble Creek Trail, Suwanee, GA 30024

Email: cardb12c@att.net

Phone: 954-294-1775 – cell

Regards,

Carol Daly Bygrave

22 Feb 15

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station TX 77842-4007

Please exclude me from the settlement in In re LinkedIn User Privacy
Litigation, Case No. 12-cv-03088-EJD.

Thank you

William C DeMaso
1005 Neal Dr
Alexandria VA 22308
Bkjidemaso@gmail.com
703-799-1736

Jennifer (JJ) DiGeronimo
7800 Plantation Drive
Brecksville, OH 44141
216-570-5519
jj@purposefulwoman.com


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


March 31, 2015


To whom it may concern,

Please exclude me from the settlement: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.


Thank you,

3-31-15

JJ DiGeronimo

# CÔTE
## BRASSERIE

MARCH 31, 2015

JAMES EAST

50 BATTERY PLACE

APT 2B

NY, NY 10280

USA

CASE No. 12-CV-03088-EJD

james.east@me.com

212 770 0064

347 225 3563

I want to be excluded from the Settlement in In re LinkedIn User Privacy Litigation, Case No. 12-CV-03088-EJD

JAME EAST

Diane Gehron
319 Newport Place
Exton, PA 19341
April 8th, 2015
diane@blueplateminds.com
610-524-1590

Re: LinkedIn User Privacy Litigation, Re: 12-cv-03088-EJD


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Please exclude me completely from this settlement as this has not pertained to me or
affected me directly that I am aware.


Kind Regards,

Diane Gehron

Hank Gehron
319 Newport Place
Exton, PA 19341
April 8th, 2015
hank.gehron@adp.com
610-836-1856

Re: LinkedIn User Privacy Litigation, Re: 12-cv-03088-EJD


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Please exclude me completely from this settlement as this has not pertained to me or
affected me directly that I am aware.



Kind Regards,

Hank Gehron

3/31/15

To: Privacy Settlement Administrator

I would like to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Linda Gerz   linda@mrilancaster.com

Management Recruiters of Lancaster

2233 Dutch Gold Drive

Lancaster, PA  17601

717-299-6222

April 13, 2015

SHRIRAM GHARPURE

2831 ROYSTON DRIVE,
DULUTH, GA 30097

Shriram@bellsouth.net
Tel: 770-622-4212

**Subject:** Exclusion from the "Class in In re LinkedIn User Privacy Litigation,
Case No. 12-cv-03088-EJD".

Dear Sir/ Madam,

I want to be excluded from the "Class in In re LinkedIn User Privacy Litigation,
Case No. 12-cv-03088-EJD".

Yours Sincerely

Shriram Gharpure.



**StarKist.**

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

February 27, 2015

To Whom It May Concern:

I would like to request to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*,
Case No. 12-cv-03088-EJD.

| | |
|---|---|
| Name: | Linda Gilbert |
| Address: | 225 North Shore Drive, Suite 400 |
| Email: | Linda.Gilbert@starkist.com |
| Phone No.: | 412-323-7442 |

Signature:   *Linda Gilbert*

Thank you for your attention to this matter.

Sincerely,

*Linda Gilbert*

Linda Gilbert

Adrienne Gillen
120 Sikes Avenue
Clemson, South Carolina   29631
akgillen@gmail.com
864-643-2797


March 31, 2015



LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

RE: *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD

Dear Settlement Administrator:

Please remove my name from the above mentioned class action
lawsuit. I, Adrienne Gillen, want to be excluded from the settlement
in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

I have no interest in participating in this lawsuit, nor do I have any
interest in a monetary settlement. I choose to exclude myself. I give
up my right to object to the settlement. I have no desire to sue
LinkedIn over the legal issues in the lawsuit.

Please advise me if I need to take any further steps to remove myself
from these legal matters.

Sincerely,

*Adrienne K Gillen*

Adrienne Gillen

25 February, 2015

To,

LinkedIn Privacy Settlement Administrator,

P. O. Box 40007,

College Station, TX 77842-4007

To whom so ever it may concern

Subject: Exclusion from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

I want to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Sincerely,

Sumit Gogna

109 Red Oak Drive,

Williamsville, NY 14221

Email: gognasumit@gmail.com

Phone: (716) 866-2179

April 7, 2015

Re:  LinkedIn Privacy Settlement
PO Box 40007
College Station, TX  77842-4007

To Whom It May Concern:

Please exclude me from the settlement in regards to LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Carole L. Hamm
9 Jordan Drive
Boothbay Harbor, ME  04538
Carole.hamm@abbott.com
(858) 776-5245 – cell

Thank you for your attention to this response.  Please feel free to contact me if you have any questions.

Sincerely,

Carole Hamm

Apr 8 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


To Whom It Concerns,

I would like to exclude myself from In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.  My name is Jim (James) Hensel.

Address: 9 Hawthorne Place, Boston MA 02114
Email: jim@hensel.com
Phone: 617.480.7515.


Warm Regards,

Jim Hensel

Julia Holcer
603 E Fairlawn Dr
Urbana, IL 61801
Holcerj@gmail.com
630-254-9791

To whom it may concern,

I, Julia Holcer, wish to remove myself from the Linkedin class action lawsuit designated by case number: 12-cv-03088-EJD.  I do not want to be named in a class action lawsuit in which I have no interest in at this present time.

Sincerely,

*Julia Holcer* 4/9/15

Julia Holcer

Dear Sir or Madam,

I would like to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

On a separate note, I filed an online claim to be included in this settlement on February 22, 2015. Later I realized that it was after June 7, 2012 that I paid fees to LinkedIn for a premium subscription. Could you please kindly discard my claim? Thank you very much.


Regards,

Danning Huang

*Danning Huang*

Tel: 917-821-8028

Email: LYN.DANNING.HUANG@GMAIL.COM

Address: 40 West 57th Street, 32nd Floor, New York, NY 10019

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


Dear Sir/Madam:

I have been advised of my being a potential recipient of a settlement payment in the matter of In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.  I hereby withdraw from the class and exclude myself from the settlement and request that my step be made known to the Defendant.

I have been a LinkedIn member for a very long time (1239th member), value them as a service provider and want no part of this action.  I am very careful about my online activity and security, especially with sites and services I use every day as is the case with LinkedIn, and I am confident I have suffered no harm from the alleged issue.

Sincerely,

Don Jarrell

dbjarrell@pristacorp.com
(512) 289-3986
3702 Clendenin Ct
Austin TX 78732

2/20/15

Request for exlusion from Linkedin User Privacy Litigation,
Case No. 12-cv-03088-EJD

I hereby request to be excluded from any involvement in Linkedin User Privacy
Litigation, Case No. 12-cv-03088-EJD.

Sincerely,

Marius Karoy
800 Ne Tenney Rd.
Ste. 110. PMB 235
Vancouver, WA 98685

marius@instructiontech.net

Exclude us from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088 EJD.


Andrew Kloster and Christina Wang Kloster

Address solely for contact purposes relevant to this case : 2727 South Quincy Street, Apt. 616, Arlington, VA 22206

Phone solely for contact purposes relevant to this case: 202-608-6195

Email solely for contact purposes relevant to this case: Kloster@nyu.edu

In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD

To Settlement Administrator:

    I do not with to be a member of the Settlement Class. I am asking to be excluded from the settlement.

Artem Koltsov
390 La Strada Dr, Apt 12
San Jose CA 95123
phone: 408-578-8768
email: artem.koltsov@gmail.com

Regards,
Artem Koltsov                              3/30/2015

Robin LoRé
Rlore7@gmail.com
123 South Street
New Providence, NJ 07974
908-514-5875

February 24, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007

**RE: LinkedIn User Privacy Litigation Case No. 12-CV-03088-EJD**

Dear Settlement Administrator,

I wish to be removed from the above referenced litigation against LinkedIn. I **cannot** attest that I was influenced one way or the other by LinkedIn's statements in its User Agreement or Privacy Policy.

I don't appreciate being added as a Settlement Class Member for a dispute I have no clear understanding of. What does a potential security breech have to do with unfair competition? It's not clear from the email or the longer form of notice. I would have to pay a fee to register for Pacer to find out and know who the Plaintiff was.

I wanted to mention that it was far too easy to jump on the settlement band wagon, but not so straight forward to exclude myself. How is it fair that we can "do nothing" and be added to collect our $50 bucks, but have to jump through convoluted hoops to be excluded? Why is there no email exclusion option? How can I be certain I will be excluded? Will I be sent verification, will LinkedIn be sent verification? A PO Box doesn't allow for certified mail.

Lastly, unless LinkedIn has a clause in their user agreement / privacy policy that allowed the Plaintiff to access my information to identify me as a potential Class Member, the fact that it was provided, (via court order?) without my prior permission is, in itself, a violation of my privacy.

Should I sue the Plaintiff?

Best regards,

Robin LoRé

Mr. Javier Luque.Jr
58 Henry St
Hasbrouck Heights, NJ,07604
javiluq12@gmail.com
(201) 9169285
4/10/15

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007

**To whom it may concern;**

   Please excuse me from this settlement case: "*In re LinkedIn user privacy ligitation*" The Case number
is 12-cv-03088-EJD. Thank you very much and enjoy your day.

**Regards;**

**Javier Luque**

Dear the Settlement Administrator,

My name is Macy John, address is 2256 nw 81 ave Sunrise FL 33322. My Email is
macy@sbproductions.net.

I am writing to OPT OUT of the case to extort LinkedIn. The case is User Privacy Litigation, Case No. 12-
cv-03088-EJD.

I am also writing to complain about my name being included without my knowledge in a lawsuit I want
NO part of. I want to know how to file a complaint against the attorneys who added me to a lawsuit, on
having to waste my time in finding the proper address to opt out of this extortion lawsuit where I do not
want to be bound by any courts decision on a lawsuit I did not seek to join. I had to read a long letter
and could not easily find how to opt out of this extortion suit! This was a waste of my busy time and I do
not appreciate being entangled in any legal matters I did not seek! I do not have a problem with
LinkedIn's User agreement and I demand my name not ever be used to certify or be a part of a class that
does not represent me.


Please reply if I can file a complaint against the attorneys who added me to this potential class.

Thank you,

Macy John

4/6/2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

I do not wish to be a member of the Settlement Class, and by this letter exclude myself in In re LinkedIn
User Privacy Litigation, Case No. 12-cv-03088-EJD

My details are:

Richard Marshall

3199 Andreasen Drive

Lafayette, CA, 94549

Tel 925 808 5065

Email urbandesign.ram@gmail.com


Regards,

Richard Marshall

549 S. Elizabeth Street

Lombard, IL 60148

March 8, 2015


LinkedIn Privacy Settlement Administrator

P.O. Box 40007

College Station, TX 77842-4007


Dear Settlement Administrator:


I am writing to you after receiving notice of a lawsuit against LinkedIn.  I am requesting to be excluded from the settlement re:


    LinkedIn User Privacy Litigation Case No. 12-CV-03088-EJD.


I, Rosemarie Mattke, who reside at 549 S. Elizabeth St., Lombard, IL, 60148, e-mail address mattkeemployment@yahoo.com, 312.878.7642, request  to be excluded from this effort.

Respectfully submitted,

Rosemarie Mattke

February 23, 2015


LinkedIn Privacy Settlement Administrator

P.O. Box 40007

College Station, TX 77842-4007


To Whom It May Concern:


I do not wish to be included in the suit against Linked IN User Privacy Litgation, case#12-cv-03088-EJD.

Please remove me from the list of plaintiffs.

Thank you.

Sincerely,

Jamie McCann

27012 Santa Susana Circle

Mission Viejo, CA 92691

(949) 292-8166

jmccann@lucasgroup.com

March 21, 2015

55 Union Place, #199
Summit, NJ 07901

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Subject:
*In re LinkedIn User Privacy Litigation,*
Case No. 12-cv-03088-EJD

Gentlemen:

I wish to be excluded from the above-referenced class-action settlement.
Thank you for your assistance in this matter.

Sincerely,

Scott L. McCarthy

Robert H. McClellan
3116 Delamere Drive
Matthews, NC 28104
April 3, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re: Settlement exclusion request

To Whom It May Concern:

I request to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD. My information:

    Robert H. McClellan
    3116 Delamere Drive
    Matthews, NC 28104

    rob@robmcclellan.com or rmcclellan@coach.com

    704.491.0400

Sincerely,

Robert H. McClellan

March 30, 2015

Linked In Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007
X Re: In re LinkedIn User Privacy Litigation Case No.
                                                    12-cv-03088-EJD

Dear To Whom it May concern (as Administrator re:
LinkedIn Privacy Settlement),

    Please accept this note as request
to be excluded from the above referenced
settlement. Thank you.

Sincerely,
Michele Esther Salzman (formerly McTernan)
45 Davis Blvd. Apt. # 24
Tampa, FL 33606
memcternan@yahoo.com
201-952-0049
Michele Esther Salzman (formerly McTernan)
X Former address; Please note; ✱✱
    1618 West DeLeon Street
    Tampa, FL 33606

March 31, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4007

LinkedIn Privacy Settlement Administrator,

Please exclude me from the settlement in *In re LinkedIn User Privacy Litigation Case No. 12-cv-03088-EJD.*

Name:        Lisa Mesnard
Address:     3231 Oak Grove Circle
             Raleigh, NC 27607
Email:       lisa@hrwsearch.com
Phone:       919-624-5626

Please contact me if you have any questions or need additional information.

Thank you for your attention to the matter.

Regards,

*Lisa Mesnard*

*lisa@hrwsearch.com*

919-624-5626

03/26/2015

I, CHANDRA MOHAN JANAKIRAMAN want to be excluded from the settlement *In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.*

CHANDRA MOHAN JANAKIRAMAN,
1949 CASSIA ROAD, APT 100,
CARLSBAD, CA 92011
Email - j_chandra_mohan@yahoo.com
2245224948

SIGNATURE

03/26/2015

Settlement Administrator,

Please exclude me from the LinkedIn User Privacy Litigation No. 12-cv-03088-EJD.

Sincerely —
Dana Monroe
9 N 7th Street Suite 202
Indiana PA 15701
dm402014@gmail.com
724-463-5390 x222

Vanessa Neumann
548 15th Avenue
San Francisco CA 94118
Email: Vanessa.neumann@me.com
Phone: 415-819-1964

April 2, 2015

**Concerning: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

To the LinkedIn Privacy Settlement Administrator:

I hereby would like to exclude myself from the LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Please remove my name from the claim and settlement.

Please confirm my exclusion by email.

Thank you,

*Vanessa Neumann*

Vanessa Neumann
548 15th avenue
San Francisco CA 94118
Email: Vanessa.neumann@me.com
Phone: 415-819-1964



February 20, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX 77842-4009

Herewith is written request to be excluded from the class in "LinkedIn User Privacy Litigation,
Case No. 12-cv-03088-EJD".  My details are as follow:

Debra Pohl
169 Arbor Crest
Somers, NY 10589
email: dpohl@arcstaff.com
(914) 769-4700 ext 118

I appreciate your attention to this request.

Thank you,

Debra Pohl

March 30, 2015

To Whom It May Concern,
Please excluded me from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Maureen Reddy
56 Willow Ave.
Winthrop, MA 02152
617-319-2837
mo7bridge@aol.com

Jeffrey A. Rogers
1059 Miramar Street
Laguna Beach, California 92651
(407) 951-2008
jeffjhawk@aol.com

April 9, 2015

Linkedin Privacy Settlement Administrator
PO Box 40007, College Station, TX 77842-4007

Re:    Request to be excluded from settlement; Case No. 12-cv-03088-EJD

Dear Administrator:

My name is Jeffrey Rogers, and I did pay for a premium membership during the subject
time period of this suit. My previous home address was 9981 Cypress Vine Drive,
Orlando, FL 32827. My Linkedin registration email was and is jeffjhawk@aol.com.

This mailing will be post-marked prior to the April 13, 2015 deadline, **and I am hereby
requesting that I be excluded from the proposed settlement**.

Please note that after May 5, 2015, my new mailing address will be 2023 N. Atlantic
Ave., #73, Cocoa Beach, Florida 32931. My phone and email contact information above
will remain the same.

Thank you for your assistance in this matter. Please forward me a confirmation by email
or regular mail that you received and processed this request.

Sincerely,

Jeffrey Rogers

Boston, April 2nd 2015

**Re: *LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD**

To the Settlement Administrator:

I want to be to be excluded from the Class in LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

As follows my information:

Name: Gaia Sciaranghella

Address: 660 Huntington Ave, Boston  MA 02115

e-mail address: gsciaranghella@yahoo.com

Phone #: 617-935-7262

Faithfully,

Gaia Sciaranghella

4/12/2015

LINKEDIN PRIVACY SETTLEMENT ADMINISTRATOR,
PO BOX 40067, COLLEGE STATION, TX-77842
- 4007.

To whomsoever it may concern.
Subject: Exclude from Case No: 12-CV-03088
-EJD.
Settlement Administrator,

 I wish to be excluded
from the Class in In re LinkedIn
User Privacy Litigation, Case No
12-CV-03 0088 - EJD. Please
do the needful.

Best Regards,

(Karan Sharma) (KARAN SHARMA)
ADDRESS: Apt 506 5805 JEFFERSON ST
WEST NEW YORK, 07093.
email: karaninnovates@gmail.com
PH NO: 551 482 3886

④

March 30, 2015

To Settlement Administrator,

I, Candie Smith, request to be

excluded from the class action

Settlement In re LinkedIn User Privacy

Litigation, Case NO 12-cv-03088-EJD.

Cordeally,

Candie Smith

Candie Smith
5279 Arthur Kell Rd
Apt 2A
Staten Island, Ny 10307

Em: Csmithny777@hotmail.com

PH: 347-255-2235

Sarah J. Soares
224 Underwood Street
Fall River, MA 02720
March 3, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

To Whom it May Concern:

I wish to be excluded from the settlement in In re LinkedIn User Privacy Litigation, Case No. 12-
cv-03088-EJD. My address is: 224 Underwood Street, Fall River, MA 02720, my email address
is: sarahjsoares@gmail.com, my mobile number is: 774-627-4527.

Sincerely,

Sarah J. Soares

Jim Sperduto
14 Tunbridge Walke
East Aurora, NY  14052
(716) 805-0003
jimsperduto@gmail.com

April 6, 2015

LinkedIn Privacy Settlement Administrator
PO Box 40007
College Station, TX  77842

Dear Settlement Administrator,

Please accept this letter as my (and any entities that I represent, including, but not limited to Bentley
Jacobs LLC) request to be excluded from the LinkedIn Privacy Litigation, Case No. cv-12-03088-EJD.

Sincerely,

Jim Sperduto

February 24, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

RE:     *In re LinkedIn User Privacy*
        *Litigation*, N.D. Cal. Case No. 12-cv-0388-EJD

Dear Sir or Madam:

I want to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  As required by the Preliminary Approval Order (Docket No. 136) and the class notice:

Matthew Stein
43 Blue Jay Lane
Ashland, MA 01721
steinmk@gmail.com
(617) 650-4145

Thank you,

Matthew Stein

Friday, March 13, 2015

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re: In re LinkedIn User Privacy Litigation/ Case No. 12-cv-03088-EJD.

To Whom It May Concern:

Please note that **I wish to be excluded** from the Class in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.

Thank you.

Alma Subasic
208 N Mountain Avenue
Montclair, NJ 07042
917-923-5481
a.subasic25@gmail.com

P.S. Could you please make sure to send me an acknowledgment letter or email. Many thanks.

Alma Subasic

March 31, 2015


LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007


**RE: LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD**

To Whom It May Concern:

Please exclude me from the Class in In re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD.  Below is my contact information:

    Name:  Amy Marie Thomas

    Address:  6541 N Campbell Ave., Chicago, IL 60645

    Email: amymthomas@comcast.net

    Phone number:  773-338-0916


Very truly yours,

Amy Marie Thomas

Amy Todd-Gher
2006 Pintoresco Court
Carlsbad, CA 92009
(415) 852-2621
atoddgher@gmail.com

April 9, 2015

**VIA U.S. MAIL**

LinkedIn Privacy Settlement Administrator
P.O. Box 40007
College Station, TX 77842-4007

Re:   **Request to Opt Out**
      *In re LinkedIn User Privacy Litigation*
      Case No. 12-cv-03088-EJD

To Whom It May Concern:

I recently received notice of the settlement *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  I want to opt out and be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.  Please accept this written notice of my formal request for exclusion from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Amy Todd-Gher

AT

April 2, 2015

To Whom It May Concern,

I would like to be excluded from the settlement in *In re LinkedIn User Privacy Litigation*, Case No. 12-cv-03088-EJD.

Thank You,

Riccardo James Tresso
4243 Opportunity Dr.
Castle Rock, CO. 80109
Phone: 720-733-9754

3/8/2015

To Whomsoever It May Concern,

I PAVITHRA VISWANATHAN, would like to exclude myself from the In re LinkedIn User Privacy Litigation, Case No 12-CV-03088-EJD.

Yours Sincerely

pavithra

( PAVITHRA VISWANATHAN )
1063 MORSE AVE, APT 23-106
SUNNYVALE, CA-94089
520-561-7960
pavithra03@gmail.com

To whom it may concern:

I, Ryan Vo, would like to be excluded from this lawsuit in (re LinkedIn User Privacy Litigation, Case No. 12-cv-03088-EJD)

Ryan Vo
21 Camellia Irvine, CA 92620
Ryansonvo@gmail.com
(714) 489-7799