# Exhibit 3

```
COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
MATTHEW D. BROWN (196972) (brownmd@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
KATHLYN A. QUERUBIN (275085) (kquerubin@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222
```

Attorneys for Defendant LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE LINKEDIN USER PRIVACY LITIGATION | Case No. 12-CV-3088 EJD<br><br>DECLARATION OF ADAM WEINSTEIN IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Courtroom:  4 (5th Floor)<br>Judge:        Hon. Edward J. Davila<br>Date:          June 18, 2015<br>Time:         9:00 a.m.<br>Trial Date:  None Set |

I, Adam Weinstein, hereby declare as follows:

1. I am a Manager in the Business Operations and Analytics group at LinkedIn Corporation ("LinkedIn"). I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth below, and if called as a witness to testify, could and would testify competently thereto.

2. On May 11, 2015, I used a script to check the list of claimants that the settlement administrator had sent us through counsel against LinkedIn's records of hashed email addresses for LinkedIn members who LinkedIn can reasonably ascertain were

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF ADAM WEINSTEIN
ISO FINAL APPROVAL
(CASE NO. 12-CV-3088 EJD)

located in the United States and who paid a fee to LinkedIn for a premium subscription at any time between March 15, 2006 and June 7, 2012 ("Provisional Settlement Class Member(s)").

3. I sent the list back to the settlement administrator through counsel with an indication of whether, per LinkedIn's records, each claimant is a Provisional Settlement Class Member or not, or whether the claim is duplicative of another claim submitted by the same member.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2015 in San Francisco, California.

_____
Adam Weinstein

116732383

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECL. OF ADAM WEINSTEIN
ISO FINAL APPROVAL
(CASE NO. 12-CV-3088 EJD)