UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>LINKEDIN USER PRIVACY LITIGATION | Case No. 5:12-cv-03088-EJD<br><br>**JUDGMENT** |

The Motion for Final Approval of Class Action Settlement having been granted (see Docket Item No. 147);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered consistent with the final approval order and the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: September 25, 2015

EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-cv-03088-EJD
JUDGMENT